# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CASE NO. 21-mj-8173-TJJ |
| SANTIAGO GAMBOA-SAENZ | ) |
| a/k/a "Pelon," | ) |
| | ) Under Seal |
| MARIA ILEANA COTA, | ) |
| | ) |
| EFRAIN GARCIA-PEREZ | ) |
| a/k/a "Salado," | ) |
| | ) |
| DIMAS SIMOES CALIXTO-FILHO | ) |
| a/k/a "Brazil," | ) |
| | ) |
| JUAN ALVAREZ-PEREZ | ) |
| a/k/a "El Dientes," | ) |
| | ) |
| BRYAN EDUARDO DOMINGUEZ | ) |
| -GREEN | ) |
| a/k/a "Flaco," | ) |
| | ) |
| IRLANDA AREYIM GRAJEDA, | ) |
| | ) |
| VLADIMIR BLANCO-GARCIGA, | ) |
| | ) |
| MIGUEL ANGEL VASQUEZ | ) |
| -RODRIGUEZ | ) |
| a/k/a "Chapito" | ) |
| a/k/a "Zacatecas," | ) |
| | ) |
| EDUARDO RAMIREZ-OCHOA | ) |
| a/k/a "Santa Claus" | ) |
| a/k/a "El Gordo" | ) |
| | ) |
| JESUS GONZALEZ-RODRIGUEZ, | ) |
| | ) |
| HOMERO BACA-MARQUEZ, | ) |

1

JAIME DE JESUS OCAMPO                          )
  a/k/a Jaime De Jesus Ocampo-Ramirez   )
  a/k/a "Don Pedro,"                              )
                                )

JOSE CERA-ACOSTA,                               )
                                )

     and                                        )
                                )

FRANK GALLO DE LA CRUZ                         )
  a/k/a "Gallo,"                                   )
                                )

     Defendants.                                )
                                )

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

Commencing in or about January 2019, the exact date being unknown, and continuing to on or about August 24, 2021, in the District of Kansas, the defendants,

**SANTIAGO GAMBOA-SAENZ a/k/a "Pelon,"**
**MARIA ILEANA COTA,**
**EFRAIN GARCIA-PEREZ a/k/a "Salado,"**
**DIMAS SIMOES CALIXTO-FILHO a/k/a "Brazil,"**
**JUAN ALVAREZ-PEREZ a/k/a "El Dientes,"**
**BRYAN EDUARDO DOMINGUEZ-GREEN a/k/a "Flaco,"**
**IRLANDA AREYIM GRAJEDA,**
**VLADIMIR BLANCO-GARCIGA,**
**MIGUEL ANGEL VASQUEZ-RODRIGUEZ a/k/a "Chapito" a/k/a "Zacatecas,"**
**EDUARDO RAMIREZ-OCHOA a/k/a "Santa Claus" a/k/a "El Gordo,"**
**JESUS GONZALEZ-RODRIGUEZ,**
**HOMERO BACA-MARQUEZ,**
**JAMIE DEJESUS OCAMPO a/k/a "Jaime De Jesus Ocampo-Ramirez" a/k/a 'Don Pedro,"**
**JOSE CERA-ACOSTA**
**and**
**FRANK GALLO DE LA CRUZ a/k/a "Gallo,"**

2

knowingly and intentionally conspired and agreed with each other to distribute 5 kilograms or more of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

This was in violation of Title 21, United States Code, Section 846.

I, Christopher Atkins, being duly sworn, hereby depose and state:

1.    I am a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the Kansas City District Office/Northeast Kansas Multi-Jurisdictional Task Force.

2.    I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code.

3.    I have been employed with the DEA since August 2016.  In my current job, I am empowered to conduct investigations of, and to make arrests for, the drug offenses enumerated in Title 21, United States Code.  While with the DEA, I have participated in training that details the intricacies of drug investigations involving the possession and sale of illegal drugs and drug paraphernalia to include possession with intent to distribute, distribution of controlled substances (including cocaine, marijuana, heroin, and methamphetamine), as well as investigations directed at monetary transactions involving the proceeds of specified unlawful activities and conspiracies, associated with criminal drug trafficking offenses.  My training and experience has involved, among other things: (a) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the

laundering and concealment of proceeds of drug trafficking; (b) surveillance; and (c) analysis of documentary and physical evidence.  Based on my training and experience as a DEA agent, I have become familiar with the manner in which drug traffickers conduct their drug-related businesses, including the methods drug traffickers employ to import and distribute drugs, and their use of coded language to refer to drugs, drug proceeds, and other aspects of drug trafficking.  I have received training related to the investigation of drug and money laundering offenses and have been personally involved in multiple investigations involving the unlawful possession and distribution of controlled substances, including methamphetamine, cocaine, heroin, marijuana, and money laundering.   My training and experience has also involved physical surveillance, execution of search warrants, arrests of numerous drug traffickers, the recruiting and handling of confidential sources and other sources of information, undercover agents, cooperating witnesses, controlled purchases of illicit drugs, electronic surveillance (to include T-III operations), consensually monitored recordings, investigative interviews, trash searches, mail covers/watches, financial investigations, grand jury subpoenas, and the execution of federal search and arrest warrants.   These methods include the use of wireless communications technology (i.e., cellular telephones), counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, and the use of false or fictitious identities and coded communications in an attempt to avoid detection by law enforcement and circumvent drug investigations.  In addition, I was previously employed as a law enforcement officer with the Glynn County, Georgia Police Department from September 6, 2011, until being hired by DEA.  During that time, I participated in numerous drug investigations and arrests on the state and federal level.  On numerous occasions, I have interviewed suspects and defendants, and have

4

spoken with drug investigators, regarding drug traffickers and various criminal activities, including drug trafficking and money laundering.  These interviews have included discussions of the use and meaning of code words in the sales and distribution of controlled substances, as well as techniques used by drug traffickers.  Prior to and during my service with the Glynn County Police Department, I served as a sergeant in the United States Army Reserves as a weapons instructor and member of the rifle team.

4.    I have previously developed evidence that was used as probable cause for search warrants and have participated in numerous drug search warrants, as well as search warrants related to the laundering of funds derived from the trafficking of illegal drugs, including the movement, smuggling, and concealment of funds derived from the sale of illegal drugs.  This includes the movement, smuggling, and concealment of illegal proceeds and drugs by conveyances such as motor vehicles, trains, and airplanes.  During the course of my law enforcement career and employment with the DEA, I have participated in and planned numerous surveillance operations including physical surveillance, wire surveillance, surveillance.  I have also written reports and analyzed records and documents in conjunction with the preparation of affidavits requesting authorization for the interception of wire communications.

5.    Because this affidavit is being submitted for the limited purpose of obtaining a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the offense listed above. The conclusions and opinions set forth below are based on my experience and training as a law enforcement officer, my familiarity with the methods used by illicit drug traffickers to import and distribute illicit drugs and collect and launder the proceeds

from the sales of illicit drugs, my direct participation in this investigation, and conversations with other experienced investigators who have participated in the below described investigation.

## Background

6.      In December 2019, DEA Kansas City and HSI initiated an investigation of the Santiago Gamboa-Saenz Drug Trafficking Operation (DTO). Evidence obtained detailing the structure of the Gamboa-Saenz DTO and evidence of a conspiracy to possess with intent to distribute cocaine, has come from numerous sources to include but not limited to the following: Information obtained from confidential informants and cooperators, trash pulls, search warrants, controlled drug purchases, a controlled delivery, multiple cocaine seizures, bulk currency seizures, surveillance, phone record analysis, interviews, and the recovery of several detailed drug/money ledgers.  This evidence shows probable cause that this DTO, led in part by Gamboa-Saenz, has conspired and continues to conspire to possess with intent to distribute multiple kilos of cocaine in the United States on a weekly basis and smuggles illicit bulk cash proceeds to Mexico from the United States on a regular basis.  Overt acts of many of the members of this conspiracy are detailed below.  (Some of the overt acts described under a given defendant's section are repeated in one or more additional defendant[s] section.)

## Santiago Gamboa-Saenz a/k/a "Pelon"

7.      This investigation has established that Santiago Gamboa-Saenz a/k/a "Pelon" is the leader of a Drug Trafficking Organization (DTO) that smuggles multi-kilogram shipments of cocaine into the United States on a regular basis.

8.      In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas believed to be

involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Gamboa-Saenz coming and going from the stash house.  Also observed during surveillance operations were several vehicles coming and going which would quickly pull in and out of an attached garage.  During the course of this investigation, investigators confirmed this residence was being utilized as a stash house for illegal drugs.

9.     On January 17, 2020, investigators were conducting physical surveillance at 7501 West 98th Street, Overland Park, Kansas. This residence had been identified by investigators as a cocaine stash house utilized by the Gamboa-Saenz DTO. During the surveillance, investigators observed a silver Chevrolet Malibu passenger car bearing Missouri registration which was registered to Vladimir Blanco-Garciga, pull into the stash house driveway and then into the attached garage.  A short time later, the Chevrolet Malibu was observed leaving the stash house and being driven by Efrain Garcia-Perez a/k/a "Salado." Investigators followed the Chevrolet Malibu to an apartment complex in Riverside, Missouri where the Chevrolet Malibu was dropped off by Garcia-Perez. Garcia-Perez then left in a black Chevrolet Cruze.

10.     On January 27, 2020, investigators learned that the same Chevrolet Malibu observed at the stash house had been stopped by the Texas Department of Public Safety on Interstate 40 in Carson County, Texas. The driver of the vehicle was identified as Blanco-Garciga.  Texas DPS Troopers searched the Chevrolet Malibu and located $200,000 in United States currency secreted in the head liner.

11.     On February 29, 2020, investigators conducted electronic surveillance of 7501 West 98th Street, Overland Park, Kansas.  During this surveillance, investigators observed Gamboa-Saenz, Dimas Simoes Calixto-Filho a/k/a "Brazil," and CS#2 (CS#2's individual's

identity was unknown at the time of this surveillance, but he was later fully identified and agreed to cooperate with investigators) exiting the open garage door of this residence with twelve black trash bags which they placed onto a grey Ford flatbed truck.  Investigators then observe Calixto-Filho drive this truck away from 7501 West 98th Street, Overland Park, Kansas.  On March 1, 2020, investigators conducted electronic surveillance of 6574 Kaw Drive, Kansas City, Kansas and observed the grey Ford flatbed truck arrive, driven by Calixto-Filho, with some of the trash bags that were previously loaded onto the truck at 7501 West 98th Street, Overland Park, Kansas. The truck is out of view for a period of time and then re-appears without the trash bags.

12.    On March 12, 2020, investigators performed a trash pull at 6574 Kaw Drive, Kansas City, Kansas and located black trash bags which were similar to those investigators observed being placed on the grey Ford flatbed truck at 7501 West 98th Street, Overland Park, Kansas.  These bags included items of evidentiary value such as an Ocampo Auto Sales bill of sale dated December 21, 2019, packaging materials similar to those located on drugs and U.S. currency seized from this DTO, numerous empty boxes of laminate flooring, vehicle registration paperwork in the name of CS#2, empty bottles of Inositol powder, automotive grease, empty boxes of sheet lead, and approximately 17 kilogram sized and shaped packages which had previously been emptied.  During interviews of Garcia-Perez and CS#2, investigators were told how the Inositol powder was used as a cutting agent, how the automotive grease and sheet lead was used to conceal illegal drugs from detection by law enforcement, and how the laminate flooring was used to conceal a hidden compartment which contained cocaine in the concrete floor of the residence located at 7501 West 98th Street, Overland Park, Kansas.

13.    On March 13, 2020, investigators arranged to purchase approximately one quarter

of a kilogram of cocaine from Perez utilizing CS#1. CS#1 arranged to meet Garcia-Perez at 6574 Kaw Drive, Kansas City, Kansas to purchase the cocaine for $8,000. CS#1 paid Garcia-Perez $6,000 with the promise to pay the additional $2,000 at a later date.  CS#1 conducted the transaction with Garcia-Perez and then left.  CS#1 provided the purchased item to investigators who submitted it to the Johnson County Criminalistics Laboratory for analysis.  Lab results indicate this substance was confirmed to be cocaine with a net weight of 246.26 net grams.

14.     On March 20, 2020, investigators conducted an operation to pay Garcia-Perez the remaining $2,000 debt. CS#1 attempted to call Garcia-Perez but could not reach him.  CS#1 then sent Maria Cota a text message in an attempt to reach Garcia-Perez. A short time later, CS#1 received a phone call from Santiago Gamboa-Saenz.  During this phone call, Gamboa-Saenz advised CS#1 that Garcia-Perez was busy and would not be able to take the payment until later in the day and the conversation ended.  CS#1 called Gamboa-Saenz back and asked if payment could made sooner due to CS#1 needing to go to work.  Gamboa-Saenz told CS#1 that payment could be made to his (Gamboa-Saenz's) girlfriend.  Several minutes later, CS#1 received a phone call from Cota who advised CS#1 to meet her at 6574 Kaw Drive, Kansas City, Kansas. Cota told CS#1 to only give the money to her and not to anyone else at the location.  On March 20, 2020, at approximately 11:14 a.m., Cota was observed by investigators arriving at the Kaw Drive location driving a white Lexus.  CS#1 met with Cota and provided Cota with the $2,000 payment.

15.     On March 30, 2020, investigators conducted a surveillance operation at 7501 West 98th Street, Overland Park, Kansas, a known DTO stash house.  Investigators observed a white Cadillac Escalade parked in the driveway at this location which investigators had never

observed before.  Investigators were able to determine, through recorded electronic surveillance, that Gamboa-Saenz had driven the vehicle and parked the vehicle in the stash house driveway on March 29, 2020. Gamboa-Saenz was also observed entering and remaining in the stash house. While investigators were conducing physical surveillance at the stash house, investigators observed both a black Chevrolet Equinox backing out of the stash house garage and driving away and Gamboa-Saenz exiting the stash house and getting into the Cadillac Escalade and then driving away.  Investigators maintained surveillance on the Chevrolet Equinox which was eventually stopped for speeding by the Kansas Highway Patrol on Interstate 35 in Butler County, Kansas.  The driver, and only occupant of the vehicle, was identified as Irlanda Grajeda.  KHP Troopers conducted a search of the Equinox and located $533,780.00 in United States currency concealed in the roof liner of the vehicle.  Grajeda disclaimed ownership and knowledge of the currency and was released.

16.    Between the dates of March 2, 2020, and March 30, 2020, investigators conducted four trash pulls from 1404 South Montebello Lane, Olathe, Kansas. Investigators previously identified this address as the personal residence of Gamboa-Saenz and Cota during this period of time. Investigators located valuable evidence in all of the trash pulls conducted, to include numerous suspected drug and money ledgers.  Investigators also located a Verizon phone bill for phone number 913-549-2907, which is the same phone number Gamboa-Saenz utilized on March 20, 2020, to contact CS#1 to coordinate the payment of a $2,000 drug debt.

17.    On March 31, 2020, investigators executed search warrants at the following addresses:1404 South Montebello Lane, Olathe, Kansas; 7501 West 98th, Street, Overland Park, Kansas; and 6475 Kaw Drive, Kansas City, Kansas. Investigators located several items of

evidentiary value from all locations.  From the personal residence of Gamboa-Saenz and Cota, 1404 South Montebello Lane, Olathe, Kansas this included numerous suspected drug and money ledgers and an AR-15 style rifle. Gamboa-Saenz and Cota were not present when the search warrants were executed.  Investigators observed a great deal of activity at various locations via electronic surveillance after the enforcement action on March 30, 2020, which resulted in the seizure of $533,780, and believe that this enforcement action caused Gamboa-Saenz and Cota to flee the area.

18.     On September 27, 2020, investigators conducted an operation with the Kansas Highway Patrol, in which Garcia-Perez and Dominguez-Green were stopped, in a Chevrolet Cruze, for a traffic violation on Interstate 35 in Lyon County, Kansas.  Also stopped, for a separate traffic violation, was a maroon Ford F-350 truck which investigators believed was transporting an amount of cocaine and was being escorted by Garcia-Perez and Dominguez-Green.  Just prior to the traffic stop, investigators observed Garcia-Perez meeting with the driver, (Unindicted Co-Conspirator #1), of the maroon Ford F-350 which was also occupied by Unindicted Co-Conspirator #2.  During the traffic stop, KHP Troopers located a post manufactured hidden compartment in the floorboard of the F-350.  After the compartment was located, investigators located approximately 11.77 kilograms (gross weight) of suspected cocaine.  Investigators field tested the substance which showed a positive result for the presence of cocaine.

19.     After the cocaine was located, investigators conducted an interview with Garcia-Perez and Dominguez-Green, the occupants of the Chevrolet Cruze.  During the interview of Garcia-Perez, Garcia-Perez initially stated that he did not want to provide any information on

Gamboa-Saenz.  Garcia-Perez stated that this was because his wife and children lived within five minutes of Gamboa-Saenz's family and if he were to say anything about Gamboa-Saenz, his wife and children would be "decapitated and cut into pieces" and that Gamboa-Saenz would even "kill his dog."  Garcia-Perez later stated that he did not know how many packages were in the transporting vehicle and would not know until he arrived in Kansas City to remove them, and Gamboa-Saenz gave him instructions as to how many packages would be delivered to each subject.  Garcia-Perez also stated that each customer would have already spoken with either Gamboa-Saenz or Cota about the amount and pricing of the cocaine to be received.  Garcia-Perez also stated that all orders to DTO members come from Gamboa-Saenz and DTO members do not talk to each other about what each is assigned to do.  Garcia-Perez stated that Gamboa-Saenz does this on purpose so that each DTO member does not have too much information as to what is going on and each DTO member only really knows their specific assignments.  Garcia-Perez then stated that all DTO members work for the organization, but that Gamboa-Saenz is the one who issues the orders in the United States.

20.     During the interview of Dominguez-Green, he stated that the head of this DTO is Gamboa-Saenz. Dominguez-Green stated his role in this DTO was transport cocaine and that he receives his instructions directly from Gamboa-Saenz.  Dominguez-Green told investigators that on one occasion he was instructed by Gamboa-Saenz to transport 15 kilograms of cocaine to an older black male subject who he only knew as "El Hache."  "El Hache" has been identified through this investigation as an individual indicted in the Eastern District of Missouri (hereinafter referred to as "Indicted Individual #1").

21.     Between October 6, 2020, and March 1, 2021, investigators conducted four

proffer interviews with Garcia-Perez, a former high-ranking member within the Gamboa-Saenz DTO. Garcia-Perez stated that if he or anyone else showed any resistance to performing the duties they were assigned, they would be threatened with photos and videos of what would happen to their families for failure to cooperate. Garcia-Perez advised that the message to him was that his family would be hurt or killed if he failed to cooperate. Garcia-Perez stated that the Gamboa-Saenz DTO is moving illegal drugs from Mexico into the United States "via a wall" in El Paso, Texas and that the DTO has members on the United States side of the border watching to see when it is clear to smuggle the illegal drugs across into the United States.

22. On April 14, 2021, investigators conducted an interview of an individual who later became a DEA confidential source, CS #2. CS#2 advised that Gamboa-Saenz recruits people in Mexico who owe him money for drug debts and forces them to work for the DTO and that Gamboa-Saenz threatens them and their families to get them to cooperate. CS#2 also stated that Gamboa-Saenz controls everything regarding DTO members such as where they go and what (U.S. currency or drugs) the DTO members carried. CS#2 stated that Gamboa-Saenz is in charge of drugs sales that occur to Kansas City, Washington D.C., Albuquerque, St. Louis, Colorado, Cincinnati, and Chicago.

23. CS#2 stated that on March 30, 2020, s/he was given $1,000 and directed by Gamboa-Saenz to hook up a car hauler trailer and intercept Grajeda and haul her vehicle because she was being followed and Gamboa-Saenz did not want law enforcement to interdict her and the vehicle. CS#2 advised that after a short period of time, s/he was again contacted by Gamboa-Saenz and told to disregard as law enforcement had already stopped and detained Grajeda. These statements corroborate statements made by Garcia-Perez during one of his proffer

interviews.  During numerous other interviews, CS#2 expanded upon his/her remarks about Gamboa-Saenz and his control over the DTO's operations.

24.     On April 23, 2021, investigators conducted a proffer interview of Indicted Individual #1.  During this proffer interview, Indicted Individual #1 admitted to receiving three to four kilograms of cocaine, which he then re-sold to his customers, two to three times per month from the Gamboa-Saenz DTO.  Indicted Individual #1 was shown a photo of Gamboa-Saenz and Cota and stated he recognized Gamboa-Saenz as the leader of the DTO and mentioned that he (Gamboa-Saenz) was "the boss."  Indicted Individual #1 further clarified this statement by stating that DTO members seemed to talk to Gamboa-Saenz like he was in a position of authority.

25.     On May 21, 2021, CS#2 was contacted by Juan Alvarez-Perez a/k/a "El Dientes" by phone and told that the DTO wanted CS#2 to take a trip to Washington D.C. with "two." This phone call was intercepted over a consensual wire intercept.  CS#2 coordinated with Alvarez-Perez who dropped off a maroon Toyota FJ Cruiser, at CS#2's residence, for CS#2 to drive to Washington D.C.  CS#2, surveilled by investigators, transported this vehicle toward Washington D.C. for a controlled delivery.  However, a traffic stop was performed on the vehicle and CS#2 in Maryland and therefore the controlled delivery was not attempted.  This stop resulted in the seizure of approximately 2.75 kilograms gross weight of a white powdery substance suspected to be cocaine.  After the attempted controlled delivery, CS#2 and Alvarez-Perez held a telephonic conversation which Gamboa-Saenz was a party to.  This phone conversation between Alvarez-Perez and CS#2 occurred on the consensual wire intercept on May 24, 2021, at approximately 12:28 a.m., and is listed as Session 179.  Based on a review of the audio and the court authorized

search of multiple telephones later seized, investigators believe that Alvarez-Perez was speaking with CS#2 on phone 21-MWH-043 (agency identification number only) while speaking with Gamboa-Saenz on phone 21-MWH-042 while both phones were on the speaker setting.  A portion of the recorded call as transcribed from Spanish to English by linguists is set forth below.

**CS#2**:  "[Stammers] Put Pelon on, man."

**GAMBOA-SAENZ**:  "tra[Voices Overlap] It's all right, it's all right, but instead of heading this way he should of headed towards Washington."

**ALVAREZ-PEREZ**: "Yeah, yeah, that's [U/I]…"

**GAMBOA-SAENZ**:  "[Voices Overlap] That's there, that where "El Gallo" was at. Tell him that they have been looking for him since last night. [U/I]"

**ALVAREZ-PEREZ**: "[Voices Overlap] Yes. No, he's even spoken to "El Gallo" already and I already told him that they were looking for him but we went and he was..."

**GAMBOA-SAENZ**:  "Since last night I was saying that we couldn't leave him stranded like that, tell him that I would never allow for him to be left stranded like that, I'm not like that tell him."

**CS#2**:  "I know, my brother, I know, I know, I know and I want to rem, remedy things, you hear me? Uh…"

**GAMBOA-SAENZ**:  "Right but it's alright, don't get scared it's just that we need to find out where that shit is at. And find out where the truck is at so we can go pick it up, we'll send a tow truck to go get it but you got scared, don't get scared."

*(further conversation between the three parties)*

**GAMBOA-SAENZ**:  "Yeah, yeah, just relax. The truck is alright, dude, and with the truck

15

nothing was lost nor did they do a search or anything since they don't have permission to look inside of it. Did you, did you leave the doors locked?"

**CS#2**:  "What do you mean by locking the doors?"

**GAMBOA-SAENZ**:  "Did you close it up?"

**ALVAREZ-PEREZ**:  "Did you or did you not locked it?"

**CS#2**:  "Yes, yes, it's locked up, it was locked, it was all locked up."

**GAMBOA-SAENZ**:  "No, no, look, nothing is going on. We would start [U/I] [Voices Overlap]"

**CS#2**:  "I got, I got, I got keys here, I got the keys. I got the keys."

**GAMBOA-SAENZ**:  "Relax brother, tell him to relax and tomorrow, tomorrow we can, we can go find it, we can go find that shit, all is good."

*(further conversation between the three parties)*

**GAMBOA-SAENZ**: "Tell him dude that we now have a house, we have money, and we have everything there dude, we, we have everything there."

*(further conversation between the three parties)*

26.     On May 27, 2021, investigators conducted an interview of Jose Cera-Acosta. Cera-Acosta admitted to working as a mechanic for the DTO who was recruited by Gamboa-Saenz.  Cera-Acosta stated that Gamboa-Saenz is the main boss and leader of the DTO.  Cera-Acosta advised that Gamboa-Saenz told Cera-Acosta to open his own place of business in his (Cera-Acosta's) name and that Gamboa-Saenz would pay the rent for Cera-Acosta.  Cera-Acosta stated that Gamboa-Saenz is the person who showed him how to make aftermarket hidden compartments in several different vehicles.  Cera-Acosta stated that on one occasion he observed

Gamboa-Saenz, Garcia-Perez, and Dominguez-Green load a dark green Ford F-350 with an unknown amount of cocaine in the floorboard. Cera-Acosta also stated that Gamboa-Saenz is the one who provided him with instructions on the specific dimensions to build the kilogram press which was located during the search warrant executed at 7501 West 98th Street, Overland Park, Kansas. Cera-Acosta further stated that Gamboa-Saenz told Cera-Acosta that this kilogram press was going to be used to re-package and compress the cocaine for transport after it was cut down.

27. On May 30, 2021, CS#2 was the victim of an arson. CS#2 was inside of his/her residence when the residence was set on fire with the use of diesel fuel which had been poured on the outside of three sides of the house and two parked vehicles. During the ensuing investigation, investigators were able to use previously court authorized prospective location information for a cellular telephone to determine that Alvarez-Perez was in the area of the arson around the time the residence was set ablaze. Surveillance on Alvarez-Perez was established, the arrests of Alvarez-Perez, Homero Baca-Marquez, and Jesus Gonzalez-Rodriguez were conducted, and numerous cellular telephones utilized by members of this DTO were seized. Investigators obtained search warrants to extract data from the telephones and the data was reviewed by investigators. Investigators began reviewing data from a cellular telephone (21-MWH-042) that was seized during a traffic stop of Alvarez-Perez, Baca-Marquez, and Gonzalez-Rodriguez that occurred on May 30, 2021. On this phone, investigators located numerous audio messages from 575-707-3484 listed as "P5" in the phone. These audio messages depict a high-pitched voice that investigators know as belonging to Gamboa-Saenz. Investigators have become familiar with Gamboa-Saenz's voice from both the consensual telephonic intercept of

CS#2's telephone as well as from digitally recorded conversation between Gamboa-Saenz and CS#1. One audio message sent from this phone (21-MWH-042) to "P5" on May 24, 2021, at approximately 1:27 a.m. (as identified by the time stamp on Cellebrite) begins, "Look Pelon." A further review of this phone revealed WhatsApp text/audio/video conversation on May 30, 2021, at approximately 2:31:51 a.m. (as identified by the time stamp on Cellebrite) with Gamboa-Saenz wherein Gamboa-Saenz discusses the arson against CS#2. A portion of the WhatsApp conversation was transcribed from Spanish to English by DEA Task Force Officer (TFO) Lozano, a native Spanish speaker, and is set forth below. Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes the most sense given the context of the conversation is used in the below translation. (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English. Single brackets denote context.)

[Alvarez-Perez sends Gamboa-Saenz cell phone video taken during a drive by showing the home of CS#2]

**GAMBOA-SAENZ:** "right there"

[Alvarez-Perez sends an image of a Little Caesars pizza box]

**ALVAREZ-PEREZ:** "Pizza"

**GAMBOA-SAENZ:** "take everything away, bro, for real"

**GAMBOA-SAENZ:** "and if [[nobody/anyone]] is [[around/is there]], burn his house down"

**ALVAREZ-PEREZ:** "ok"

**GAMBOA-SAENZ:** "buy gas to take care of it"

**ALVAREZ-PEREZ:** "I have some"

18

**GAMBOA-SAENZ:** "use a lot, ok"

[inaudible voice message sent by Alvarez-Perez]

**GAMBOA-SAENZ:** "I can't hear"

**ALVAREZ-PEREZ:** [Audio message sent by Alvarez-Perez] "I have a gallon, or do you want me to buy 5 or 10 gallons? I say we use 2 gallons, so it catches fire little by little.  Or do you want me to buy some more?"

**GAMBOA-SAENZ:** "Let that fucker burn"

[Alvarez-Perez sends Gamboa-Saenz a video from the driver's seat of a Lincoln]

**GAMBOA-SAENZ:** "how are you?"

**ALVAREZ-PEREZ:** [Alvarez-Perez sends audio message] "We are here eating dinner bro, we're eating dinner, we're gonna plan all that, we're here eating dinner, and we're gonna take off and go do that shit"

**GAMBOA-SAENZ:** "make sure it happens today"

**GAMBOA-SAENZ:** "e"

**ALVAREZ-PEREZ:** [Alvarez-Perez sends audio message] "We are going to go do it dude, were going to go do it, you'll see."

**GAMBOA-SAENZ:** "that's all"

**GAMBOA-SAENZ:** [["throw him out / go for it"]]

*(missed voice call from Gamboa-Saenz)*

**GAMBOA-SAENZ:** [["throw him out / go for it"]]

*(missed voice call from Gamboa-Saenz)*

28.    During a review of a cell phone (20-MWH-058) that was seized on September 27,

19

2020, during a traffic stop of Garcia-Perez and Dominguez-Green, a series of WhatsApp videos and messages were located which depicted a Hispanic female with black hair wearing a jean jacket with her hands tied behind her back while lying in a field and being interrogated, her life threatened, questioned about how she wanted to die, and physically abused by multiple males. These videos show an unknown male burn her with a lit cigarette on her breast. The female is also slapped and kicked while being interrogated. An unknown male can be seen throwing gasoline on the female's feet and lighting it. Audio messages in this WhatsApp conversation depict the high-pitched voice which investigators have come to know as belonging to Gamboa-Saenz. Metadata pertaining to these videos depict a creation date of December 4, 2019. The location data found on this phone shows it spent a great deal of time at 1404 South Montebello Lane, Olathe, Kansas, the residence of Gamboa-Saenz.

**Maria Ileana Cota**

29.     On March 13, 2020, investigators arranged to purchase approximately one quarter of a kilogram of cocaine from Garcia-Perez utilizing CS#1. CS#1 arranged to meet Garcia-Perez at 6574 Kaw Drive, Kansas City, Kansas to purchase the cocaine for $8,000. CS#1 paid Garcia-Perez $6,000 with the promise to pay the additional $2,000 at a later date. CS#1 conducted the transaction with Garcia-Perez and then left. CS#1 provided the purchased item to investigators who submitted it to the Johnson County Criminalistics Laboratory for analysis. Lab results indicate this substance was confirmed to be cocaine with a net weight of 246.26 net grams.

30.     On March 20, 2020, investigators conducted an operation to pay Garcia-Perez the remaining $2,000 debt. CS#1 attempted to call Garcia-Perez but could not reach him. CS#1 then sent Cota a text message in an attempt to reach Garcia-Perez. A short time later, CS#1 received

a phone call from Gamboa-Saenz.  During this phone call, Gamboa-Saenz advised CS#1 that Garcia-Perez was busy and would not be able to take the payment until later in the day and the conversation ended.  CS#1 called Gamboa-Saenz back and asked if payment could made sooner due to CS#1 needing to go to work.  Gamboa-Saenz told CS#1 that payment could be made to his (Gamboa-Saenz's) girlfriend. Several minutes later, CS#1 received a phone call from Maria Ileana Cota who advised CS#1 to meet her at 6574 Kaw Drive, Kansas City, Kansas.  Cota told CS#1 to only give the money to her and not to anyone else at the location.  On March 20, 2020, at approximately 11:14 a.m., Cota was observed by investigators arriving at 6574 Kaw Drive, Kansas City, Kansas driving a white Lexus.  CS#1 met with Cota and provided Cota with the $2,000 payment.

31.    Between the dates of March 2, 2020, and March 30, 2020, investigators conducted four trash pulls from 1404 South Montebello Lane, Olathe, Kansas.  Investigators have previously identified this address as the personal residence of Gamboa-Saenz and Cota. Investigators located valuable evidence in all the trash pulls conducted, to include numerous suspected drug and money ledgers.  A review of these drug ledgers revealed that Cota doodled her name multiple times and Garcia-Perez and CS#2 have both stated during interviews with investigators that they had personal knowledge of Cota writing specific ledgers shown to them.

32.    On March 31, 2020, investigators executed search warrants at: 1404 South Montebello Lane, Olathe, Kansas; 7501 West 98th, Street, Overland Park, Kansas; and 6475 Kaw Drive, Kansas City, Kansas.  Investigators located several items of evidentiary value from all locations.  From the personal residence of Gamboa-Saenz and Cota, 1404 South Montebello Lane, Olathe, Kansas this included: numerous suspected drug and money ledgers and an

Anderson brand AR15 style rifle.  Gamboa-Saenz and Maria Cota were not present when the search warrants were executed.  Investigators believe Gamboa-Saenz and Maria Cota fled the area due to enforcement action which occurred on March 30, 2020, which resulted in the seizure of $533,780.00.

33.     On April 1, 2020, investigators conducted an interview with the landlord of 7501 West 98th Street, Overland Park, Kansas.  The landlord provided investigators with the rental application which was dated November 15, 2019. According to the rental application, "Erick Ochoa" and his wife "Araceli Mendoza" were the tenants. Investigators requested the landlord look over a series of photographs and asked if he recognized any of the subjects. The landlord identified a photograph of Cota as being "Araceli Mendoza."  The landlord identified a photograph of Garcia-Perez as being "Erick Ochoa".

34.     On September 27, 2020, investigators conducted a post-arrest interview of Garcia-Perez.  Garcia-Perez stated that each customer he was transporting illegal drugs too would have already spoken with either Gamboa-Saenz or Cota about the amount and pricing of the cocaine to be received.

35.     Between October 6, 2020 and March 1, 2021, investigators conducted four proffer interviews with Garcia-Perez, a former high-ranking member within the Gamboa-Saenz DTO. Garcia-Perez was shown the suspected drug and money ledgers which were found during trash pulls or seized during search warrants.  Garcia-Perez told investigators that Cota was responsible for maintaining some of the drug and money ledgers.  Garcia-Perez was also able to show investigators which of the ledgers Cota had written.  Garcia-Perez also told investigators that the residence located at 7501 West 98th Street, Overland Park, Kansas, where Cota lived, was being

strictly used as a cocaine stash house by the Gamboa-Saenz DTO.

36.     On April 14, 2021, investigators conducted an interview of CS#2.  CS#2 stated that Cota is a girlfriend of Gamboa-Saenz and is involved in the transportation of U.S. currency for the Gamboa-Saenz DTO.  CS#2 states that Cota also knows everything that occurs within the DTO regarding the smuggling, distribution, and sales of illegal drugs and is also responsible for the accounting and balancing of the books for the DTO.  CS#2 advised that s/he has crossed into Mexico with Cota on two separate occasions with loads of U.S. currency.

37.     On April 23, 2021, investigators conducted a proffer interview of Indicted Individual #1.  Indicted Individual #1 identified Cota in a photo advising that he has met Cota before when she was in St. Louis with Gamboa-Saenz.  Indicted Individual #1 advised that Cota speaks fluent English and that he was able to speak through her when dealing with Gamboa-Saenz.

38.     Between August 2, 2021 and August 6, 2021, investigators conducted further interviews of CS#2.  During these, CS#2 provided further details about the trips to Mexico with Cota.  A check of law enforcement databases revealed CS#2 and Cota entering the United States on March 10, 2020, via the El Paso, Texas BOTA Port of Entry.  This record also reflects that law enforcement identified a compartment in the vehicle during that crossing and placed Cota on a watch list.  CS#2 further stated that after entering the United States with Cota, Cota drove a black Ford Mustang back into Mexico and then drove a white Audi back into the United States on the same date.  A check of law enforcement databases revealed that Cota is noted as again entering the United States on the same date, March 10, 2020, in a white Audi.  CS#2 stated that s/he also has knowledge of Cota transporting cocaine for the Gamboa-Saenz DTO on many other

occasions.  CS#2 stated that Cota would always take at least one of her children with her during these trips in an attempt to remain undetected by law enforcement.  CS#2 also stated that s/he has overheard telephone conversations of Cota speaking to other DTO members about monies spent and received by the DTO and how much drugs were received or distributed for the purpose of keeping drug and money ledgers.

### Efrain Garcia-Perez a/k/a "Salado"

39.     In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th Street, Overland Park, Kansas, believed to be involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Efrain Garcia-Perez a/k/a "Salado," coming and going from the stash house, usually daily, along with a number of other Hispanic males.  Also observed during surveillance operations were several vehicles coming and going which would quickly pull in and out of an attached garage.  Investigators believed the residence was being utilized by the Gamboa-Saenz DTO as a stash house for illegal drugs.

40.     On January 17, 2020, investigators were conducting physical surveillance at 7501 West 98th Street, Overland Park, Kansas.  During the surveillance, investigators observed a silver Chevrolet Malibu passenger car bearing Missouri registration which was registered to Vladimir Blanco-Garciga, pull into the driveway and then into the attached garage.  A short time later, the Chevrolet Malibu was observed leaving the house and being driven by Garcia-Perez. Investigators followed the Malibu to an apartment complex in Riverside, Missouri where the Malibu was dropped off by Garcia-Perez.  Garcia-Perez then left in a black Chevrolet Cruze.

41.     On January 27, 2020, investigators learned that the same Chevrolet Malibu

observed at 7501 West 98th Street, Overland Park, Kansas had been stopped by the Texas Department of Public Safety on Interstate 40 in Carson County, Texas. The driver of the vehicle was identified as Vladimir Blanco-Garciga. Texas DPS Troopers searched the Malibu and located $200,000 in United States currency secreted in the head liner.

42. On March 3, 2020, investigators conduced electronic and physical surveillance of 7501 West 98th Street, Overland Park, Kansas. During this surveillance operation, investigators observed a maroon Chevrolet pickup truck bearing Texas license plate MWY9182 pull into the driveway of this residence hauling a blue car dolly which Garcia-Perez and Dominguez-Green removed from the vehicle. Approximately two hours later, investigators observed the maroon truck drive out of the garage, subjects hook up the blue car dolly, and then leave the residence. Investigators followed the maroon truck to the Krispy Kreme store located at 10390 Metcalf Avenue, Overland Park, Kansas adjacent to a Denny's restaurant. Investigators observed a black Chevrolet Cruze, which had previously been observed at the 7501 West 98th Street, Overland Park, Kansas location, arrive and meet with the occupants of the maroon truck. All parties are observed swapping vehicles and departing the area.

43. A check of databases by law enforcement revealed that the maroon pickup traveled from a border patrol checkpoint on Highway 54 on March 2, 2020, and then was observed by license plate readers at different points along a route to Kansas City, including one on Interstate 35. On March 3, 2020, license plate readers showed this vehicle travelling southbound on Interstate 35. On March 4, 2020, New Mexico State Trooper Palomares conducted a traffic stop of Eduardo Ramirez-Ochoa while driving a maroon Chevrolet pickup bearing Texas license plate MWY9182 southbound on Highway 54. The maroon truck was still

pulling an empty blue car dolly.  During this traffic stop, Trooper Palomares located an empty compartment lined with aluminum tape behind the seat of the maroon pickup truck.  On March 9, 2020, Trooper Palomares conducted a traffic stop on the same maroon pickup truck as driven by Ramirez-Ochoa.  Law enforcement checks revealed that this vehicle and driver had just entered the United States at the Ysleta Port of Entry in El Paso, Texas earlier on March 9, 2020.  HSI SA F. Lozoya was contacted to perform an interview of Ramirez-Ochoa.  During this interview, Ramirez-Ochoa recounted his travels of March 2, 2020, through March 4, 2020, and stated he dropped the maroon truck off in Kansas City, Missouri at a Wal-Mart with two unknown males who kept the vehicle for only thirty minutes before returning it to him.  Ramirez-Ochoa advised he ate at a Denny's and shopped at Wal-Mart while waiting on the return of the maroon truck. Ramirez-Ochoa advised he was then directed to drive to Oklahoma City to pick up U.S. currency which Ramirez-Ochoa stated he believed were proceeds from the sale of cocaine or methamphetamine.

44.     On March 13, 2020, investigators arranged to purchase approximately one quarter of a kilogram of cocaine from Garcia-Perez, utilizing CS#1. CS#1 arranged to meet Garcia-Perez at 6574 Kaw Drive, Kansas City, Kansas to purchase the cocaine for $8,000. CS#1 paid Garcia-Perez $6,000 with the promise to pay the additional $2,000 at a later date.  CS#1 conducted the transaction with Garcia-Perez and then left.  CS#1 provided the purchased item to investigators who submitted it to the Johnson County Criminalistics Laboratory for analysis.  Lab results indicate this substance was confirmed to be cocaine with a net weight of 246.26 grams.

45.     On March 23, 2020, investigators conducted a trash pull from 1404 South Montebello Lane, Olathe, Kansas which is the personal residence of Gamboa-Saenz and Cota.

One of the items located in the trash was a Home Depot receipt dated on March 19, 2020, at 2:21 p.m. and was issued from the Home Depot store located at 6900 Metcalf Avenue, Overland Park, Kansas. The items purchased were DeWalt carbide utility blades, Nashua multi-purpose foil tape (HVAC Tape), Gorilla heavy duty duct tape and packaging tape. Investigators obtained store surveillance of the date and time from the receipt from loss prevention officers. Investigators observed Garcia-Perez was the subject who purchased the items. The HVAC tape and packaging tape Garcia-Perez purchased is the same type of tape investigators have observed used to wrap bulk currency and kilograms of cocaine in this investigation.

46.    On March 31, 2020, investigators conducted multiple search warrants of locations utilized by the Gamboa-Saenz DTO. During those search warrants, drug and money ledgers were located and seized. These ledgers show entries for "Salado" (Garcia-Perez).

47.    On September 27, 2020, investigators conducted an operation with the Kansas Highway Patrol, in which Garcia-Perez and Dominguez-Green were stopped, in a Chevrolet Cruze, for a traffic violation on Interstate 35 in Lyon County, Kansas. Also stopped, for a separate traffic violation, was a maroon Ford F-350 truck which investigators believed was transporting an amount of cocaine and was being escorted by Garcia-Perez and Dominguez-Green. Just prior to the traffic stop, investigators observed Garcia-Perez meet with the driver (Unindicted Co-Conspirator #1), of the maroon Ford F-350. During the traffic stop, KHP Troopers located a post-manufactured hidden compartment in the floorboard of the F-350. After the compartment was located, investigators located approximately 11.77 kilograms (gross weight) of suspected cocaine. Investigators field tested the substance which showed a positive result for the presence of cocaine.

48.     After the cocaine was located, investigators conducted an interview with Garcia-Perez and Dominguez-Green, the occupants of the Chevrolet Cruze.  During the post-arrest interview of Garcia-Perez, Garcia-Perez stated he was instructed to surveil the maroon Ford F-350 from New Mexico through Amarillo, Texas and into Oklahoma where they stopped for the night.  Garcia-Perez stated they left Oklahoma the next morning and proceeded to drive to Kansas.  This information was corroborated by investigators who were using a court authorized prospective location information on the cell phone of Garcia-Perez to monitor his movements.  Investigators first obtained physical surveillance on Garcia-Perez on Interstate 35 in Kansas.  When asked about the future distribution of the cocaine, Garcia-Perez advised he would not know until the following day, when he spoke with Gamboa-Saenz, to whom the cocaine would be provided and how much each person would be getting.  Garcia-Perez admitted to being "in charge of the Kansas City area" and admitted to distributing cocaine to a customer (identified by law enforcement as Indicted Individual #1) in St. Louis.  Garcia-Perez then discussed details of how he would coordinate with Indicted Individual #1 and how Indicted Individual #1 purchased cocaine by the kilogram.

49.     On April 23, 2021, investigators conducted a proffer interview of Indicted Individual #1.  During this proffer interview, Indicted Individual #1 stated that Garcia-Perez was one of the Hispanic males that brought cocaine to him and picked up money from him during the time that Indicted Individual #1 was dealing with the Gamboa-Saenz DTO.

50.     On May 27, 2021, investigators conducted an interview of Cera-Acosta.  Cera-Acosta stated that on one occasion he observed Gamboa-Saenz, Garcia-Perez, and Dominguez-Green load an unknown amount of cocaine in the floorboard of a dark green Ford F-350.

Investigators believe the dark green Ford F-350 described by Cera-Acosta is the same vehicle stopped on September 27, 2020, from which 11.77 gross kilograms of cocaine was recovered. At that time of the stop, the F-350 was painted maroon.  Cera-Acosta also advised he received his instructions from Garcia-Perez and Gamboa-Saenz, but that Gamboa-Saenz was the leader of the DTO.

51.    On April 14, 2021, investigators conducted an interview of CS#2.  CS#2 stated that Garcia-Perez is the one that recruited him/her into the Gamboa-Saenz DTO and offered CS#2 between $2,000 and $2,500 per trip depending on where the trip was to.  CS#2 also stated that Garcia-Perez was in charge of DTO operations in Kansas City and St. Louis, Missouri. CS#2 stated that Garcia-Perez was also responsible for packaging the U.S. currency into the Chevrolet Equinox that Grajeda was stopped on March 30, 2020, resulting in the seizure of $533,788.  This information was corroborated by laboratory fingerprint analysis which revealed that Garcia-Perez's fingerprints were on the wrappings of the U.S. currency.

**Dimas Simoes Calixto-Filho a/k/a "Brazil"**

52.    In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas, believed to be involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Dimas Simoes Calixto-Filho a/k/a "Brazil" coming and going from the stash house usually on a daily basis along with a number of other Hispanic males.  Also observed during surveillance operations were several vehicles coming and going which would quickly pull in and out of an attached garage.  Calixto-Filho was often identified as the driver of these vehicles.

53.     On February 29, 2020, investigators conducted electronic surveillance of 7501 West 98th Street, Overland Park, Kansas.  During this surveillance, investigators observed Gamboa-Saenz, Calixto-Filho, and CS#2 exit the open garage door of this residence with twelve black trash bags which they placed onto a grey Ford flatbed truck.  Investigators then observed Calixto-Filho drive this truck away from 7501 West 98th Street, Overland Park, Kansas.  On March 1, 2020, investigators conducted electronic surveillance of 6574 Kaw Drive, Kansas City, Kansas and observed the grey Ford flatbed truck arrive, driven by Calixto-Filho, with some of the trash bags that were previously loaded onto the truck at 7501 West 98th Street, Overland Park, Kansas.  The truck was out of view for a period and then re-appeared without the trash bags.

54.     On March 12, 2020, investigators performed a trash pull at 6574 Kaw Drive, Kansas City, Kansas and located black trash bags which were similar to those investigators observed being placed on the grey Ford flatbed truck at 7501 West 98th Street, Overland Park, Kansas.  These bags included items of evidentiary value such as an Ocampo Auto Sales bill of sale dated December 21, 2019, packaging materials similar to those located on drugs and U.S. currency seized from the DTO, numerous empty boxes of laminate flooring, vehicle registration paperwork in the name of CS#2, empty bottles of Inositol powder, automotive grease, empty boxes of sheet lead, and approximately 17 kilogram sized and shaped packages which had previously been emptied.  During interviews of Garcia-Perez and CS#2, investigators were told how the Inositol powder was used as a cutting agent, how the automotive grease and sheet lead was used to conceal illegal drugs from detection by law enforcement, and how the laminate flooring was used to conceal a hidden compartment which contained cocaine in the concrete

30

floor of the residence located at 7501 West 98th Street, Overland Park, Kansas.

55.     Between the dates of March 2, 2020, and March 30, 2020, investigators conducted four trash pulls from 1404 South Montebello Lane, Olathe, Kansas. Investigators located valuable evidence in all the trash pulls conducted, to include numerous suspected drug and money ledgers.  These ledgers show entries for "Brazil" (Calixto-Filho).

56.     On October 28, 2020, investigators conducted a proffer interview of Garcia-Perez who stated Calixto-Filho was a U.S. currency courier for the Gamboa-Saenz DTO.  Garcia-Perez also stated that Calixto-Filho was sent to Colorado to be in charge of "tech" for the DTO.

57.     On April 14, 2021, investigators conducted an interview of CS#2 who advised that Calixto-Filho was in charge of implanting microphones and cameras into load vehicles utilized by the DTO and that Calixto-Filho created a server to hold all of the data obtained from these microphones and cameras.  CS#2 also advised that Calixto-Filho maintains all the accounting details of the DTO on his computer and that Calixto-Filho calls CS#2 periodically to ascertain if CS#2 wants to get back involved with the Gamboa-Saenz DTO.

58.     On April 23, 2021, investigators conducted a proffer interview of Indicted Individual #1.  During this proffer interview, Indicted Individual #1 stated that Calixto-Filho was one of the Hispanic males that brought cocaine to him and picked up money from him around the middle of his time frame of dealing with the Gamboa-Saenz DTO.

59.     On May 13, 2021, investigators conducted an interview of CS#2 and were told that CS#2 and Calixto-Filho held a telephone conversation during which CS#2 attempted to get re-involved with the Gamboa-Saenz DTO at the request of investigators.  CS#2 advised investigators that Calixto-Filho told him during this conversation that he (Calixto-Filho) was no

longer with the Gamboa-Saenz DTO and that he had been out of the DTO for approximately two months.

60.     On June 10, 2021, DEA DOMEX (Document and Media Exploitation) authored a report stating the ledgers obtained via search warrants on March 31, 2020 indicate approximately $23,200 attributable to Calixto-Filho.  These ledgers include dates for these transactions between January 31, 2020, and February 10, 2020.

61.     Between August 2, 2021, and August 6, 2021, investigators conducted a series of interviews of CS#2.  CS#2 advised that Calixto-Filho is a courier for the Gamboa-Saenz DTO who was responsible for transporting U.S. currency and illegal drugs to and from Washington D.C. and Albuquerque, New Mexico.  CS#2 also stated that Calixto-Filho was in charge of anything technology related that Gamboa-Saenz needed and further advised this included computers, GPS devices, and cameras employed by the Gamboa-Saenz DTO.

### Juan Alvarez-Perez a/k/a "El Dientes"

62.     In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas believed to be involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Juan Alvarez-Perez, coming and going from the stash house.

63.     On January 21, 2020, Alvarez-Perez was driving a 2011 Lincoln MKS with Kansas license plate 582LYE when he was stopped in St. Charles County, Missouri for a traffic violation.  During this traffic stop, Alvarez-Perez was the sole occupant and found to be in possession of 1.9 grams of suspected methamphetamine, 55.9 grams of suspected cocaine, and 1.2 grams of suspected marijuana.  Alvarez-Perez was later traffic stopped in Indiana and

removed to Mexico by the Department of Homeland Security due to being unlawfully present in the United States.

64.    On October 6, 2020, investigators conducted a proffer interview of Garcia-Perez. During this proffer, Garcia-Perez was shown a photo and identified the person in the photo as Alvarez-Perez, whom he stated works for Gamboa-Saenz and was in charge of DTO operations in Kansas City and Washington D.C. (Garcia-Perez admitted to being in charge of the Kansas City area for the DTO. Investigators believe Garcia-Perez assumed this role subsequent to Alvarez-Perez's removal from the United States.) Garcia-Perez stated that he was involved with, and aware of, Alvarez-Perez distributing 15 kilograms of cocaine to Washington D.C. on a weekly basis since February or March of 2019. Garcia-Perez stated that Alvarez-Perez was distributing five to six kilograms of cocaine per week to St. Louis, Missouri from February or March of 2019 and 10 to 12 kilograms of cocaine to the Kansas City Metropolitan area from February or March of 2019. Garcia-Perez advised the distribution to these cities occurred until COVID-19 slowed the DTO's ability to obtain and distribute cocaine.

65.    Of the numerous trash pulls and search warrants conducted in this investigation, investigators obtained suspected drug and money ledgers. These ledgers contain the name "Juan," whom investigators believe and have been told during interviews is Juan Alvarez-Perez.

66.    On June 10, 2021, DEA DOMEX authored a report stating approximately $160,150 and ten kilograms of cocaine attributable to Alvarez-Perez as identified from ledgers that were obtained via search warrants on March 31, 2020. These ledgers include dates for these transactions as between January 27, 2019 and October 19, 2019.

67.    On April 23, 2021, investigators conducted a proffer interview of Indicted

Individual #1 who identified Alvarez-Perez from a photo.  Indicted Individual #1 advised that Alvarez-Perez was one of the last DTO members that he dealt with before his (Indicted Individual #1's) arrest on April 1, 2021.  Indicted Individual #1 stated this occurred approximately ten days before his arrest and that Alvarez-Perez dropped off four kilograms of cocaine, which Alvarez-Perez pulled out of the dash area of the vehicle he was driving.  Indicted Individual #1 then stated that members of the DTO came to St. Louis to obtain payment ($175,000) from him, but he had already been arrested and the money was seized by law enforcement.  Indicted Individual #1 stated these DTO members "were not leaving empty handed" and took his black Mercedes as partial payment for the money owed to the DTO.

68.      Between August 2, 2021, and August 6, 2021, investigators conducted further interviews of CS#2, who advised that Alvarez-Perez transports money and cocaine for the Gamboa-Saenz DTO.  CS#2 stated Alvarez-Perez is currently the leader of the Gamboa-Saenz DTO cell in the Kansas City area and that Alvarez-Perez transports illegal drugs to several cities in the United States.  CS#2 advised that Alvarez-Perez then transports U.S. currency back to Kansas City, New Mexico, and Colorado and that Alvarez-Perez also keeps drugs ledgers of these actions for the Gamboa-Saenz DTO.

69.      On May 21, 2021, Alvarez-Perez contacted CS#2 and advised that the Gamboa-Saenz DTO had a job for CS#2 and that Alvarez-Perez would be bringing CS#2 a vehicle which already contained what CS#2 suspected was illegal drugs.  On May 22, 2021, investigators were conducting physical surveillance and observed a Toyota FJ Cruiser being dropped off at the residence of CS#2.  A Lincoln MKS with a Kansas temporary license plate of C693428 was observed arriving with the FJ Cruiser.  CS#2 was instructed by Alvarez-Perez to drive the FJ

Cruise to Washington D.C.  CS#2 drove the FJ Cruiser towards Washington D.C. while investigators conducted physical surveillance of the FJ Cruiser in an attempt to conduct a controlled delivery of this vehicle.  Before a controlled delivery could be attempted, the CS was stopped by Maryland State Patrol Troopers who located three packages containing approximately 2.75 gross kilograms of a white powdery substance suspected to be cocaine. CS#2 was in contact with Alvarez-Perez via telephone before, during, and after this trip. Telephone conversations between CS#2 and Alvarez-Perez were intercepted over a consensual wire intercept on CS#2's cell phone.

70.     A review of the cell phones seized from the vehicle occupied by Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez on May 30, 2021, resulted in the recovery of a WhatsApp text conversation between Alvarez-Perez and Frank Gallo De La Cruz from May 22, 2021.  A portion of the WhatsApp conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below.  Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation.  (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English. Single brackets denote context.)

**ALVAREZ-PEREZ:** "Answer chorizo"

**GALLO DE LA CRUZ:** [Gallo De La Cruz sends contact information with map attachment to Econo Lodge 301-439-3003]

**ALVAREZ-PEREZ:** "gangster"

**ALVAREZ-PEREZ:** "for the direction"

**ALVAREZ-PEREZ:** "but, I sent to Lazaro"

**GALLO DE LA CRUZ:** "money"

**GALLO DE LA CRUZ:** "how much"

**GALLO DE LA CRUZ:** "longer"

**ALVAREZ-PEREZ:** "I will let you know"

**ALVAREZ-PEREZ:** "let him tell me"

**ALVAREZ-PEREZ:** "like 6 hours"

**ALVAREZ-PEREZ:** "he will arrive around 11"

**ALVAREZ-PEREZ:** "I will pass you his information"

**ALVAREZ-PEREZ:** [sends a contact card labeled "Lazaro"]

(conversation continues)

[Alvarez-Perez sends several images of a police vehicle with overhead lights on behind FJ

Cruiser that was sent to him by CS#2]

**GALLO DE LA CRUZ:** "dang die you wake up already"

**GALLO DE LA CRUZ:** "Dang"

**ALVAREZ-PEREZ:** "yes"

**GALLO DE LA CRUZ:** "I'm going to drive that way"

**GALLO DE LA CRUZ:** "it's like 3 hours"

**ALVAREZ-PEREZ:** "ok"

**GALLO DE LA CRUZ:** "wait gangster"

**GALLO DE LA CRUZ:** "I'm speaking with Lazar"

**ALVAREZ-PEREZ:** "I already spoke to him"

**GALLO DE LA CRUZ:** "What state are the plates from"

**ALVAREZ-PEREZ:** "Missouri"

(conversation regarding locating and getting the FJ Cruiser of out the tow lot continues)

71.     After the trip, Alvarez-Perez contacted CS#2 and requested a meeting with CS#2, which occurred on May 24, 2021.  Alvarez-Perez and an unknown Hispanic male arrived in the Lincoln MKS with a Kansas temporary license plate of C693428.  After this meeting, Alvarez-Perez and Frank Gallo De La Cruz contacted CS#2 and requested details about the location of the FJ Cruiser and where CS#2 was when s/he left the FJ Cruiser in Maryland.

72.     A review of the cell phones seized from the vehicle occupied by Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez on May 30, 2021, resulted in the recovery of an iMessage conversation between Alvarez-Perez and Ocampo between May 24, 2021 to May 30, 2021.  A portion of the iMessage conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below.  Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation.  (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English. Single brackets denote context.)

[Alvarez-Perez sends an image of a Missouri insurance card for a Toyota FJ Cruiser, Insured: Carlos Perez Daniel, effective date 05/20/2021]

[Alvarez-Perez sends an image of a Toyota FJ Cruiser to Missouri license plate GG0G1B behind the front windshield]

[Alvarez-Perez sends an image of another cell phone with a phone number, 301-687-4222.]

37

**ALVAREZ-PEREZ:** "hey, this is the phone number to the police where it was at can you call and get information"

[Alvarez-Perez sends two more images.]

**ALVAREZ-PEREZ:** "It's like a mile from this town"

**ALVAREZ-PEREZ:** "Don Pedro"

**ALVAREZ-PEREZ:** "If you can do me the favor and clean the paper"

**ALVAREZ-PEREZ:** "of the notary"

**ALVAREZ-PEREZ:** "in the name of Frank Gallo de la Cruz"

**OCAMPO:** "Ok"

**ALVAREZ-PEREZ:** "like at what time will it be ready"

**ALVAREZ-PEREZ:** "to go by"

[Alvarez-Perez sends an image of a Washington driver's license (3931545) with the name Frank Gallo De La Cruz]

[Alvarez-Perez sends and image of a cell phone with an address 1210 Rittenhouse St, NW, Washington D.C. 20011]

**ALVAREZ-PEREZ:** "that is the direction of the driver's license"

**OCAMPO:** "and of the other one"

[Alvarez-Perez sends an image of a Chihuahua Estados Unidos Mexicanos driver's license of Carlos Perez Daniel, DOB: 02/25/1991]

**ALVAREZ-PEREZ:** "I will send you the address"

**ALVAREZ-PEREZ:** "5764 collage ave Kansas City m.o. 64130

**ALVAREZ-PEREZ:** "did you get the information"

**ALVAREZ-PEREZ:** "please"

**ALVAREZ-PEREZ:** "I had to go out"

**ALVAREZ-PEREZ:** "Tomorrow I will go see you"

**OCAMPO:** "ok sounds good"

73.     Investigators believe that during these text communications that Alvarez-Perez and Ocampo discussed whether Ocampo could produce documents related to the FJ Cruiser (from which 2.75 gross kilograms of suspected cocaine were seized on March 22, 2021 by the Maryland Highway Patrol) that would enable DTO member Frank Gallo De La Cruz to retrieve the vehicle from the tow lot in Maryland.

74.     After the FJ Cruiser with suspected cocaine was dropped off by Alvarez-Perez, investigators obtained court authorization, via a federal search warrant, to obtain prospective location information for the phone utilized by Alvarez-Perez during his conversations with CS#2.  On May 30, 2021, CS#2 contacted investigators and stated that members of the Gamboa-Saenz DTO attempted to burn down his residence.  Investigators arrived along with officers of the local police department.  Investigators viewed the location of Alvarez-Perez's phone and observed it was consistently near a specific location before the arson, left that location just before the arson, was in the area of CS#2's residence around the time of the arson, and back at the original location immediately after the arson.

75.     Investigators were able to locate the same Lincoln MKS with Kansas temporary license plate of C693428, involved in the drop-off of the FJ Cruiser prior to CS#2's trip to Maryland on May 22, 2021, at 2803 Woodend Avenue, Kansas City, Kansas.  Investigators also observed a black Mercedes at this location which was later confirmed to have the same license

plate as a black Mercedes that was photographed at Indicted Individual #1's place of business in St. Louis, Missouri. Investigators established physical surveillance on this address for a lengthy period of time until Alvarez-Perez and two other Hispanic males, later identified as Homero Baca-Marquez and Jesus Gonzalez-Rodriguez, left in the Lincoln MKS. Troopers with the Kansas Highway Patrol effected a traffic stop on the Lincoln MKS because investigators knew Alvarez-Perez was back in the United States unlawfully. Upon the initiation of the traffic stop, Troopers observed an item thrown from the vehicle which field tested positive for the presence of cocaine. A probable cause search of the vehicle also revealed kilogram size and shaped wrappings which field tested positive for the presence of cocaine. Numerous items of evidentiary value were seized from the vehicle including six cellular telephones. An additional three cellular telephones were recovered from the personal property of Gonzalez-Rodriguez and Baca-Marquez when they were transported from the Wyandotte County Jail to the Federal Courthouse in Kansas City, Kansas, subsequent to the three being federally charged via a criminal complaint.

76.     On May 30, 2021, a search warrant for the residence located at 2803 Woodend Avenue, Kansas City, Kansas was applied for and granted. This search warrant was executed at 9:43 p.m. and resulted in the seizure of numerous items of evidentiary value, which included approximately 25 kilograms (gross weight) of a substance which field tested positive for the presence of cocaine, $17,000 of U.S. currency, a firearm, and suspected drug and money ledgers. Also located at the rear of the residence, investigators located a fuel can which smelled of diesel fuel.

77.     A review of the cell phones seized from the vehicle occupied by Alvarez-Perez,

Gonzalez-Rodriguez, and Baca-Marquez on May 30, 2021, resulted in the recovery of a WhatsApp text conversation between Gamboa-Saenz and Alvarez-Perez from May 22, 2021. A portion of the WhatsApp conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below. Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation. (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English. Single brackets denote context.)

[Alvarez-Perez sends and image of a white kilogram with a Bugatti logo]

**ALVAREZ-PEREZ:** "did you get it"

**GAMBOA-SAENZ:** "at what time"

[Alvarez-Perez sends an image of a white kilogram with a Bugatti logo]

**ALVAREZ-PEREZ:** "leaders of the coast"

**ALVAREZ-PEREZ:** "to lead"

**ALVAREZ-PEREZ:** "want"

During the search warrant conducted at 2803 Woodend Avenue, Kansas City, Kansas on May 30, 2021, investigators located empty kilogram wrappers with the same Bugatti logo on the exterior as depicted in the image Alvarez-Perez sent Gamboa-Saenz.

78.     A second WhatsApp text/audio/video conversation was located on one of the phones located in the vehicle. This conversation occurred on May 30, 2021, at approximately 2:31 a.m. (as identified by the time stamp on Cellebrite) between Gamboa-Saenz and Alvarez-Perez. This conversation discusses the arson against CS#2. A portion of the WhatsApp

41

conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below.  Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation.  (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English.  Single brackets denote context.)

[Alvarez-Perez sends Gamboa-Saenz cell phone video taken during a drive by showing the home of CS#2]

**GAMBOA-SAENZ:** "right there"

[Alvarez-Perez sends an image of a Little Caesars pizza box]

**ALVAREZ-PEREZ:** "Pizza"

**GAMBOA-SAENZ:** "take everything away, bro, for real"

**GAMBOA-SAENZ:** "and if [[nobody/anyone]] is [[around/is there]], burn his house down"

**ALVAREZ-PEREZ:** "ok"

**GAMBOA-SAENZ:** "buy gas to take care of it"

**ALVAREZ-PEREZ:** "I have some"

**GAMBOA-SAENZ:** "use a lot, ok"

[inaudible voice message sent by Alvarez-Perez]

**GAMBOA-SAENZ:** "I can't hear"

**ALVAREZ-PEREZ:** [Audio message sent by Alvarez-Perez] "I have a gallon, or do you want me to buy 5 or 10 gallons? I say we use 2 gallons, so it catches fire little by little.  Or do you want me to buy some more?"

**GAMBOA-SAENZ:** "Let that fucker burn"

42

[Alvarez-Perez sends Gamboa-Saenz a video from the driver's seat of a Lincoln]

**GAMBOA-SAENZ:** "how are you?"

**ALVAREZ-PEREZ:** [Alvarez-Perez sends audio message] "We are here eating dinner bro, we're eating dinner, we're gonna plan all that, we're here eating dinner, and we're gonna take off and go do that shit"

**GAMBOA-SAENZ:** "make sure it happens today"

**GAMBOA-SAENZ:** "e"

**ALVAREZ-PEREZ:** [Alvarez-Perez sends audio message] "We are going to go do it dude, were going to go do it, you'll see."

**GAMBOA-SAENZ:** "that's all"

**GAMBOA-SAENZ:** [["throw him out / go for it"]]

*(missed voice call from Gamboa-Saenz)*

**GAMBOA-SAENZ:** [["throw him out / go for it"]]

*(missed voice call from Gamboa-Saenz)*

### Bryan Eduardo Dominguez-Green a/k/a "Flaco"

79.     In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas believed to be involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Bryan Eduardo Dominquez-Green a/k/a "Flaco" coming and going from the stash house.

80.     On March 3, 2020, investigators conduced electronic and physical surveillance of 7501 West 98th Street, Overland Park, Kansas.  During this surveillance operation, investigators

observed a maroon Chevrolet pickup truck bearing Texas license plate MWY9182 pull into the driveway of this residence hauling a blue car dolly which Garcia-Perez and Dominguez-Green remove from the vehicle.  Approximately two hours later, investigators observed the maroon truck drive out of the garage, subjects hooked up the blue car dolly, and the truck left and was followed by investigators.  Investigators followed the maroon truck to the Krispy Kreme store located at 10390 Metcalf Avenue, Overland Park, Kansas adjacent to a Denny's restaurant. Investigators observed a black Chevrolet Cruze, which had previously been observed at 7501 West 98th Street, Overland Park, Kansas location, arrive and meet with the occupants of the maroon truck.  All parties were observed swapping vehicles and departing.

81.    A check of databases by law enforcement revealed that the maroon truck traveled from a border patrol checkpoint on Highway 54 on March 2, 2020, and then was observed by license plate readers at different points along a route to Kansas City to include one on Interstate 35.  On March 3, 2020, license plate readers showed this vehicle travel south on Interstate 35. On March 4, 2020, New Mexico State Trooper Palomares conducted a traffic stop of Ramirez-Ochoa while driving the maroon truck while it was southbound on Highway 54.  The maroon truck was still pulling an empty blue car dolly.  During this traffic stop, Trooper Palomares located an empty compartment lined with aluminum tape behind the seat of the maroon pickup truck.  On March 9, 2020, Trooper Palomares conducted a traffic stop on the same maroon pickup truck as driven by Ramirez-Ochoa on March 4, 2020.  Again, the truck was being driven by Ramirez-Ochoa.  During a consensual search, $6,700 in U.S. currency was located in an envelope in the glove box of the vehicle and $2,000 in U.S. currency was located on Ramirez-Ochoa's person.  A law enforcement check revealed this vehicle and driver had just entered the

United States at the Ysleta Port of Entry in El Paso, Texas earlier on March 9, 2020. HSI Special

Agent F. Lozoya was contacted to perform an interview of Ramirez-Ochoa. During this

interview, Ramirez-Ochoa recounted his travels of March 2, 2020, through March 4, 2020, and

provided statements that he dropped the maroon truck off in Kansas City, Missouri at a Wal-

Mart to two unknown males who kept the vehicle for only thirty minutes before returning it.

Ramirez-Ochoa advised that he ate at a Denny's and shopped at Wal-Mart while waiting on the

return of the maroon truck. Ramirez-Ochoa advised that he was then directed to drive to

Oklahoma City to pick up U.S. currency which Ramirez-Ochoa stated he believed were proceeds

from the sale of cocaine or methamphetamine.

82.      Of the numerous trash pulls and search warrants conducted in this investigation,

investigators obtained suspected drug and money ledgers. These ledgers contain the name

"Flaco," which investigators know to be Dominguez-Green through numerous interviews

conducted in this investigation.

83.      On September 27, 2020, investigators conducted an operation with the Kansas

Highway Patrol, in which Garcia-Perez and Dominguez-Green were stopped, in a Chevrolet

Cruze, for a traffic violation on Interstate 35 in Lyon County, Kansas. Also stopped, for a

separate traffic violation, was a maroon Ford F-350 truck which investigators believed was

transporting an amount of cocaine and was being escorted by Garcia-Perez and Dominguez-

Green. Just prior to the traffic stop, investigators observed Garcia-Perez meeting with the driver,

(Unindicted Co-Conspirator #1), of the maroon Ford F-350. During the traffic stop, KHP

Troopers located a post manufactured hidden compartment in the floorboard of the F-350. After

the compartment was located, investigators located approximately 11.77 kilograms (gross

weight) of suspected cocaine. Investigators field tested the substance which showed a positive result for the presence of cocaine.

84.     After the cocaine was located, investigators conducted an interview with Garcia-Perez and Dominguez-Green, the occupants of the Chevrolet Cruze.  During the post arrest interview of Garcia-Perez, Garcia-Perez stated that he was instructed to surveil the maroon Ford F-350 from New Mexico through Amarillo, Texas and into Oklahoma where they stopped for the night.  Garcia-Perez stated that they left Oklahoma the next morning and proceeded to drive to Kansas.  This information was corroborated by investigators who were using court authorized telephonic prospective location information on the cell phone of Garcia-Perez to monitor his movements and who first obtained physical surveillance on Garcia-Perez on Interstate 35 in Kansas.

85.     During an interview of Dominguez-Green, he stated the head of this DTO is Gamboa-Saenz. Dominguez-Green stated his role in this DTO was transport cocaine and that he receives his instructions directly from Gamboa-Saenz.  Dominguez-Green told investigators that on numerous occasions he was instructed by Gamboa-Saenz to transport between 10 to 15 kilograms of cocaine to an older black male subject who he only knew as "El Hache."  "El Hache" has been identified through this investigation as Indicted Individual #1 of St. Louis, Missouri. Dominguez-Green stated he is very close to Gamboa-Saenz, is trusted by Gamboa-Saenz, and would be selected by Gamboa-Saenz to replace Garcia-Perez in Kansas City if he (Garcia-Perez) was arrested.  Dominguez-Green admitted to knowing several members of the Gamboa-Saenz DTO.

86.     During a proffer interview of Garcia-Perez on March 1, 2021, Garcia-Perez stated

that Dominguez-Green handled the distribution of cocaine to St. Louis and he (Garcia-Perez) handled collecting the money in St. Louis.

87.    CS#2 was interviewed on April 14, 2021 and stated he has known Dominguez-Green to pick up U.S. Currency from Miguel Angel Vasquez-Rodriguez. CS #2 stated in subsequent interview that Dominguez-Green was involved in transporting cocaine to Indicted Individual #1 in St. Louis and collecting U.S. currency from Indicted Individual #1. In a proffer interview of Indicted Individual #1 on April 23, 2021, Indicted Individual #1 identified a photograph of Dominguez-Green. Indicted Individual #1 stated Dominguez-Green is a person with the Gamboa-Saenz DTO that he has dealt with in the past.

88.    On May 27, 2021, investigators conducted an interview of Cera-Acosta. Cera-Acosta stated that on one occasion he observed Gamboa-Saenz, Garcia-Perez, and Dominguez-Green load a dark green Ford F-350 with an unknown amount of cocaine in the floorboard.

**Irlanda Areyim Grajeda**

89.    In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas believed to be involved in illegal drug distribution. During this surveillance, investigators observed a Hispanic female subject, later identified as Irlanda Areyim Grajeda coming and going from the stash house.

90.    Between the dates of March 2, 2020, and March 30, 2020, investigators conducted four trash pulls from 1404 South Montebello Lane, Olathe, Kansas. Investigators located valuable evidence in all of the trash pulls conducted, to include numerous suspected drug and money ledgers. These ledgers show entries for "Irlanda."

47

91.    On March 31, 2020, investigators conducted multiple search warrants of locations utilized by the Gamboa-Saenz DTO.  During those search warrants, drug and money ledgers were located and seized.  These ledgers show entries for "Irlanda."

92.    On June 10, 2021, DEA DOMEX authored a report stating that total monetary value attributed to "Irlanda" within the ledgers and calculated by analysts totaled $11,100. The only date connected to "Irlanda" and referred to in the ledgers was possibly on February 26, 2020. Analysts did not identify any narcotics totals for "Irlanda."

93.    On March 30, 2020, investigators conducted a surveillance operation at 7501 West 98th Street, Overland Park, Kansas, a known DTO stash house.  Investigators observed a white Cadillac Escalade parked in the driveway at this location which investigators had never observed before.  Investigators were able to determine, through recorded electronic surveillance, that Gamboa-Saenz had driven the vehicle and parked the vehicle in the stash house driveway on March 29, 2020. Gamboa-Saenz was also observed entering and remaining in the stash house. While investigators were conducing physical surveillance at the stash house, investigators observed both a black Chevrolet Equinox backing out of the stash house garage and driving away and Gamboa-Saenz exiting the stash house and getting into the Cadillac Escalade and then driving away.  Investigators maintained surveillance on the Chevrolet Equinox which was eventually stopped for speeding by the Kansas Highway Patrol on Interstate 35 in Butler County, Kansas.  The driver, and only occupant of the vehicle, was identified as Grajeda.  KHP Troopers conducted a search of the Equinox and located $533,780.00 in United States currency concealed in the roof liner of the vehicle.  Troopers also seized a cellular telephone that was in Grajeda's possession at the time of the traffic stop.

94.      Grajeda was interviewed by investigators after the seizure.  Grajeda denied knowledge of the money and stated she received the vehicle from her boyfriend.  Grajeda stated she does not believe her boyfriend knew about the money as he buys and sells cars from auctions on a regular basis. Investigators later learned through a subsequent interview with CS #2, that Gamboa-Saenz is Grajeda's boyfriend.

95.      Investigators executed a search warrant on Grajeda's cellular telephone from the March 30, 2021, traffic stop.  In the phone, investigators located photographs of a white Chevrolet Malibu which appeared to have been involved in a roll over crash.

96.      CS#2 was interviewed on April 14, 2021, about Grajeda. CS#2 described Grajeda as courier for the Gamboa-Saenz DTO.  CS#2 was shown a photograph of a white Chevrolet Malibu and CS #2 identified the vehicle as a vehicle Grajeda had been the driver of and crashed near El Paso, Texas in 2020.  CS#2 stated this vehicle had money hidden in a compartment near the rear tire area of the vehicle which would be accessed by removing the rear driver's side tire. CS#2 told investigators that s/he was directed by Gamboa-Saenz to travel to El Paso, Texas with a car hauler trailer and pick up Grajeda and the wrecked Chevrolet Malibu.  CS#2 stated he was given the address to a residence located in a rural area where the Chevrolet Malibu had been towed to before CS#2 arrival. CS#2 stated s/he arrived at the residence and observed two male subjects, which were unknown to CS#2, removing "over 40 bundles" of U.S. Currency from the hidden compartment.  CS#2 stated once the money was removed from the vehicle, CS#2 loaded the vehicle onto the car hauler trailer and transported the vehicle back to 6574 Kaw Drive, Kansas City, Kansas.

97.      On October 28, 2020, Garcia-Perez was interviewed by investigators.

Investigators showed a picture of a white Chevrolet Malibu (3F – agency identifier number only) to Garcia-Perez, Garcia-Perez stated this vehicle was used by the Gamboa-Saenz DTO to transport drugs and money. Garcia-Perez advised there was hidden compartment in the vehicle that could be located if you removed the driver's side rear tire. Garcia-Perez described the compartment as being between the backseat and gas tank.

98.    On May 27, 2021, Cera-Acosta was interviewed by investigators. Cera-Acosta stated he had been instructed by Gamboa-Saenz to build a hidden compartment in a newer white Ford Fusion. Cera-Acosta further stated that the compartment was located above the rear spare tire. Cera-Acosta said the compartment had to be accessed from the exterior of the vehicle once the spare tire was removed. Cera-Acosta also stated that Gamboa-Saenz told him that on the first trip the vehicle made, the vehicle was driven by a female and involved in a roll over crash. Cera-Acosta also stated that this vehicle was towed back to Kansas City, a fact investigators can corroborate as this vehicle was observed parked in the lot at 6574 Kaw Drive, Kansas City, Kansas. Based on the description of the vehicle given by Cera-Acosta, including the information about a roll over crash, investigators believe he was describing the same vehicle driven by Grajeda described above.

**Vladimir Blanco-Garciga**

99.    On January 17, 2020, investigators were conducting physical surveillance at 7501 West 98th Street, Overland Park, Kansas. This residence had been identified by investigators as a cocaine stash house utilized by the Gamboa-Saenz DTO. During the surveillance, investigators observed a silver Chevrolet Malibu passenger car bearing Missouri registration which was registered to Vladimir Blanco-Garciga, pull into the stash house driveway and then into the

attached garage.  A short time later, the Chevrolet Malibu was observed leaving the stash house and being driven by Garcia-Perez.  Investigators followed the Chevrolet Malibu to an apartment complex in Riverside, Missouri where the Chevrolet Malibu was dropped off by Garcia-Perez. Garcia-Perez then left in a black Chevrolet Cruze.  On January 27, 2020, investigators learned that the same Chevrolet Malibu observed at the stash house had been stopped by the Texas Department of Public Safety on Interstate 40 in Carson County, Texas. The driver of the vehicle was identified as Blanco-Garciga.  Texas DPS Troopers searched the Malibu and located $200,000 in United States currency secreted in the head liner.

100.    On March 31, 2020, investigators conducted a search warrant at numerous locations utilized by the Gamboa-Saenz DTO to include 7501 West 98th Street, Overland Park, Kansas.  The search of this residence resulted in the location of court paperwork from Carson County, Texas which reflected the seizure of $200,000 from Blanco-Garciga on January 27, 2020.  During the search of 1404 South Montebello Lane, Olathe, Kansas, investigators seized a suspected ledger (8O) that contains an entry that shows the DTO possessed $210,000 sometime after "January 25".  The ledger shows also shows a subtraction of 10,000 with the note "Flete" (which translates to freight/shipping/transportation).  After this, the ledger shows a total amount of $200,000 with a highlighted note "se los robaron" which translates to "they stole them."

101.    On October 6, 2020, investigators conducted a proffer interview of Garcia-Perez who identified Blanco-Garciga from a photo and stated that Blanco-Garciga was a courier for Gamboa-Saenz.  Garcia-Perez further stated that Blanco-Garciga was stopped by law enforcement with $200,000 that was loaded in a vehicle at 6574 Kaw Drive, Kansas City, Kansas.  Garcia-Perez stated that he and Dominguez-Green drove the vehicle to Blanco-

51

Garciga's apartment complex and dropped it off before it was loaded with U.S. currency. Investigators can corroborate this statement as investigators conducted physical surveillance on January 17, 2020 and observed Garcia-Perez and Dominguez-Green drop this vehicle off at an apartment complex in Riverside, Missouri where Blanco-Garciga lived.

102.    Between August 2, 2021, and August 6, 2021, investigators conducted further interviews of CS#2, during which CS#2 stated Blanco-Garciga was a courier for the DTO and was responsible for transporting U.S. currency and illegal drugs between multiple cities in the United States.  CS#2 stated that when Blanco-Garciga transported the $200,000 and was arrested, Blanco-Garciga was out of touch with the DTO.  CS#2 stated that Gamboa-Saenz sent CS#2, Calixto-Filho, Unindicted Co-Conspirator #3, and Dominguez-Green to find Blanco-Garciga or his wife and daughter and have them brought to the shop at 6574 Kaw Drive, Kansas City, Kansas.  CS#2 further stated that no one ever located Blanco-Garciga's wife and daughter because the DTO found out that Blanco-Garciga had in fact been arrested by law enforcement.

## Miguel Angel Vazquez-Rodriguez a/k/a "Chapito" a/k/a "Zacatecas"

103.    In November 2019, HSI Kansas City began investigating Miguel Angel Vazquez-Rodriguez a/k/a "Chapito" a/k/a "Zacatecas."

104.    On December 11, 2019, CS#1 performed a controlled purchase of one ounce of cocaine from Vazquez-Rodriguez.  CS#1 arranged the purchase by conducting a consensually monitored and recorded phone call to Vazquez-Rodriguez.  During the call, CS#1 asked if s/he could go to Vazquez-Rodriguez's house to pick up the cocaine.  Agents then observed CS#1 enter Vazquez-Rodriguez's house located at 4915 Freeman Avenue, Kansas City, Kansas.  Over the transmitting/recording device placed with CS#1, agents heard CS#1 engaging in a

conversation with a Hispanic adult male who s/he later confirmed was Vazquez-Rodriguez. Agents subsequently recovered 27.4 gross grams of a substance which field tested positive for the presence of cocaine from CS#1. CS#1 stated Vazquez-Rodriguez invited CS#1 into his bedroom where CS#1 observed Vazquez-Rodriguez pull a large Ziploc-style freezer bag from a dresser drawer containing approximately four or five smaller bags, each containing approximately one ounce of a white powdery substance. Vazquez-Rodriguez retrieved one of the bags of white powdery substance and handed it to CS#1. CS#1 stated s/he provided the $1,100 of official government funds to Vazquez-Rodriguez, which he counted in CS#1's presence.

105.    On January 15, 2020, CS#1 called Vazquez-Rodriguez and arranged to have Vazquez-Rodriguez start selling cocaine to HSI Confidential Informant SA-235-KC (hereinafter referred to as CS#3). Vazquez-Rodriguez agreed and provided a new phone number for CS#3 to contact him on. Later the same day, CS#3 called Vazquez-Rodriguez and Vazquez-Rodriguez agreed to meet CS#3 to sell CS#3 one ounce of cocaine. Shortly after, surveillance observed Vazquez-Rodriguez meet with CS#3. From the monitoring/recording equipment placed with CS#3, the sound of currency being counted and conversation about drug sales was overheard. This conversation included conversation about Vazquez-Rodriguez also acquiring methamphetamine for CS#3. Agents subsequently retrieved 29 gross grams of a substance which field tested positive for the presence of cocaine from CS#3 that s/he received from Vazquez-Rodriguez for $1,100.

106.    On March 5, 2020, CS#3 placed a consensually monitored and recorded telephone call to Vazquez-Rodriguez at the same number used on the previous occasion and arranged the

purchase of one ounce of cocaine.  During the phone conversation, CS#3 asked Vazquez-Rodriguez if he had methamphetamine available as they had discussed on the previous occasion. Vazquez-Rodriguez said it is difficult to find right now and the price is going up.  CS#3 stated that it is easier to sell methamphetamine than cocaine.  Vazquez-Rodriguez stated he was looking for some methamphetamine yesterday.  Vazquez-Rodriguez asked what quantity CS#3 was looking for.  CS#3 responded that s/he was looking for large quantities.  Vazquez-Rodriguez asked if s/he wanted pounds and CS#3 responded more like half pounds.  Vazquez-Rodriguez said he would check into it.  Vazquez-Rodriguez agreed to sell CS#3 what he had sold CS#3 the previous time, which was one ounce of cocaine.  CS#3 then placed another consensually monitored phone call to Vazquez-Rodriguez where they discussed the meeting location. Surveillance observed Vazquez-Rodriguez as he arrived and met with CS#3.  From the monitoring/recording equipment placed with CS#3, the sound of currency being counted and discussion regarding pricing could be overheard.

107.    On October 6, 2020, investigators conducted a proffer interview of Garcia-Perez. During this proffer interview, Garcia-Perez identified a photo of Vazquez-Rodriguez from a photograph and advised that he (Garcia-Perez) was Vazquez-Rodriguez's only supply of cocaine from the Gamboa-Saenz DTO and that he (Garcia-Perez) would always provide the cocaine to Vazquez-Rodriguez at his residence.  Garcia-Perez further stated that he provided one to two kilograms of cocaine to Vazquez-Rodriguez on these occasions.  During a proffer interview of Garcia-Perez on March 1, 2021, Garcia-Perez provided investigators with an address for Vazquez-Rodriguez as 4915 Freeman Avenue, Kansas City, Kansas.

108.    On April 14, 2021, investigators conducted an interview of CS#2.  During the

interview, CS#2 identified Vazquez-Rodriguez from a photo and identified a photo of 4915 Freeman Avenue, Kansas City, Kansas as Vazquez-Rodriguez's residence. CS#2 stated Vazquez-Rodriguez is one of the biggest buyers of cocaine from the Gamboa-Saenz DTO, purchasing more than ten kilograms per week. CS#2 stated that Gamboa-Saenz would send Dominguez-Green, Garcia-Perez, or Alvarez-Perez to pick up money from Vazquez-Rodriguez's house on Freeman Avenue. CS#2 also stated Vazquez-Rodriguez is always armed.

109.    Of the numerous trash pulls and search warrants conducted in this investigation, investigators obtained suspected drug and money ledgers. These ledgers contain the name "Zaca" which investigators believe and have been told during interviews of DTO members is short for "Zacatecas" and is a nickname for Vazquez-Rodriguez.

110.    On June 10, 2021, DEA DOMEX authored a report stating that within the ledgers obtained from the search warrants on March 31, 2021, Vazquez-Rodriguez is attributed to $870,230 and 28.5 kilograms, 3 pounds, and 4 ounces during dates between March 3, 2019, and February 28, 2020. The DOMEX analysts state the price Vazquez-Rodriguez paid for these illegal drugs ranged between $30,500 and $32,500.

111.    Between August 2, 2021, and August 6, 2021, investigators conducted a series of interviews of CS#2. During these interviews CS#2 stated that Vasquez-Rodriguez is a cocaine customer of the Gamboa-Saenz DTO, and that CS#2 has driven illegal drugs to Vazquez-Rodriguez on six or seven occasions, however, Garcia-Perez or Dominguez-Green were always the individuals who actually personally dealt with Vazquez-Rodriguez.

**Eduardo Ramirez-Ochoa a/k/a "Santa Claus" a/k/a "El Gordo"**

112.    During the course of this investigation, investigators have observed Eduardo

Ramirez-Ochoa a/k/a "Santa Claus" a/k/a "El Gordo" and vehicles registered to Ramirez-Ochoa on multiple occasions and at various locations utilized by the Gamboa-Saenz DTO.

113.    On March 3, 2020, investigators conduced electronic and physical surveillance of 7501 West 98th Street, Overland Park, Kansas.  During this surveillance operation, investigators observed a maroon Chevrolet pickup truck bearing Texas license plate MWY9182 pull into the driveway of this residence hauling a blue car dolly which Garcia-Perez and Dominguez-Green removed from the vehicle.  Approximately two hours later, investigators observed the maroon truck drive out of the garage and observed subjects hook up the blue car dolly to it.  Investigators then followed the truck as it departed.  Investigators followed the maroon truck to the Krispy Kreme store located at 10390 Metcalf Avenue, Overland Park, Kansas adjacent to a Denny's restaurant.  Investigators then observed a black Chevrolet Cruze, which had previously been observed at the 7501 West 98th Street, Overland Park, Kansas location, arrive and meet with the occupants of the maroon truck.  All parties were observed swapping vehicles and departing.

114.    A check of databases by law enforcement revealed that the maroon pickup traveled from a border patrol checkpoint on Highway 54 on March 2, 2020, and then was observed by license plate readers at different points along a route to Kansas City to include one on Interstate 35.  On March 3, 2020, license plate readers show this vehicle traveled southbound on Interstate 35. On March 4, 2020, New Mexico State Trooper Palomares conducted a traffic stop of Ramirez-Ochoa while driving the maroon Chevrolet pickup bearing Texas license plate MWY9182 southbound on Highway 54.  The maroon pickup was still pulling an empty blue car dolly.  During this traffic stop, Trooper Palomares located an empty compartment lined with aluminum tape behind the seat of the maroon pickup.  On March 9, 2020, Trooper Palomares

conducted a traffic stop on the same maroon pickup driven by Ramirez-Ochoa.  Law enforcement records revealed that this vehicle and driver had just entered the United States at the Ysleta Port of Entry in El Paso, Texas earlier on March 9, 2020.  HSI SA F. Lozoya was contacted to perform an interview of Ramirez-Ochoa.  During this interview, Ramirez-Ochoa recounted his travels of March 2, 2020, through March 4, 2020, and provided statements that he dropped the maroon pickup off in Kansas City, Missouri at a Wal-Mart to two unknown males who kept the vehicle for only thirty minutes before returning it.  Ramirez-Ochoa advised that he ate at a Denny's and shopped at Wal-Mart while waiting on the return of the maroon truck.  Ramirez-Ochoa advised that he was then directed to drive to Oklahoma City to pick up U.S. currency which Ramirez-Ochoa stated he believed was proceeds from the sale of cocaine or methamphetamine.

115.    On October 22, 2020, investigators conducted a proffer interview of Garcia-Perez who stated Ramirez-Ochoa brought three to four kilograms of cocaine to Kansas City on two or three occasions.  Garcia-Perez further stated Ramirez-Ochoa would then transport money from Kansas City.  Garcia-Perez then described the compartment of Ramirez-Ochoa's vehicle as being in the rear of the cab.  This information is corroborated by law enforcement photographs of the compartment in Ramirez-Ochoa's maroon pickup, which depict the compartment in the cab of the maroon pickup behind the seat.  Garcia-Perez also stated that he and Dominguez-Green were present at the Krispy Kreme during the vehicle swap described above.  This is corroborated by investigators who were present and observed and photographed (4B) this event.  During a proffer interview of Garcia-Perez on October 28, 2020, Garcia-Perez was shown a photograph (4B) and identified this photo as an event where he met Ramirez-Ochoa at a store and swapped vehicles

with Ramirez-Ochoa.  Garcia-Perez then stated he is the one that removed the cocaine from what he remembered as a red truck during this event.

116.    On April 14, 2021, Investigators conducted an interview of CS#2.  During this interview, CS#2 was shown a photo which he identified as being a photo of Ramirez-Ochoa who is a courier for the Gamboa-Saenz DTO responsible for transporting kilograms of cocaine to the Kansas City area.

117.    Between August 2, 2021, and August 6, 2021, investigators conducted a series of interviews with CS#2.  CS#2 stated that s/he has dealt with Ramirez-Ochoa on two occasions. CS#2 stated that on the first occasion, CS#2 and Garcia-Perez met with Ramirez-Ochoa at a condominium where CS#2 and Garcia-Perez took a blue Chevrolet pickup truck from Ramirez-Ochoa which they drove to 7501 West 98th Street, Overland Park, Kansas.  CS#2 advised Garcia-Perez removed 15 kilograms of cocaine from a false second radiator installed in the vehicle. CS#2 advised that s/he and Garcia-Perez drove the blue pickup back to the condominium where they provided Ramirez-Ochoa with the blue pickup truck.  CS#2 stated that Garcia-Perez provided Ramirez-Ochoa with an unknown amount of money as payment for making the trip as well as a box which contained $50,000 to transport back to Albuquerque, New Mexico.

### Jesus Gonzalez-Rodriguez

118.    On May 30, 2021, CS#2 contacted investigators and stated that members of the Gamboa-Saenz DTO attempted to burn down his residence.  Investigators arrived along with officers of the local police department.  Investigators viewed the court authorized prospective location information related to Alvarez-Perez's cell phone and observed that Alvarez-Perez's phone was consistently near a specific location before the arson, left that location just before the

arson, was in the area of CS#2's residence around the time of the arson, and back at the original location immediately after the arson.

119.    On May 30, 2021, investigators were able to locate the Lincoln MKS with Kansas temporary license plate of C693428 at 2803 Woodend Avenue, Kansas City, Kansas. This vehicle was previously observed on May 22, 2021 when the FJ Cruiser was dropped off at CS#2's residence prior to the approximate 2.75 kilograms (gross weight) of suspected cocaine being transported to Maryland by CS#2. This vehicle was also driven by Alvarez-Perez to a meeting between Alvarez-Perez and CS#2 on May 24, 2021. Investigators also observed a black Mercedes at 2803 Woodend Avenue, Kansas City, Kansas, which was later confirmed to have the same license plate as a black Mercedes that was photographed at Indicted Individual #1's place of business in St. Louis, Missouri. Also on May 30, 2021, investigators established physical surveillance on this address for a lengthy period of time until Alvarez-Perez and two other Hispanic males, later identified as Baca-Marquez and Gonzalez-Rodriguez, left in the Lincoln MKS.

120.    On May 30, 2021, investigators conducted physical surveillance on a residence located at 2803 Woodend Avenue, Kansas City, Kansas. During the surveillance, investigators observed an unknown Hispanic male wearing a white and grey baseball hat, later identified as Baca-Marquez, exit the residence with another unknown Hispanic male wearing a black baseball hat, initially identified when he provided his name as Manuel Torres Rodriguez but later identified via fingerprints as Gonzalez-Rodriguez. Investigators observed Gonzalez-Rodriguez walk to a black Mercedes bearing Missouri license plate ZE9Y3Z and open the trunk. Investigators observed Gonzalez-Rodriguez standing near the truck of the vehicle and appear to

be moving items around inside the trunk of the vehicle. Gonzalez-Rodriguez was then observed removing a brown backpack which did not appear to contain much along with a large multi-colored duffel bag. Investigators observed that the large multi-colored duffel bag appeared to contain a large quantity of something which appeared to weigh down the bag enough that Gonzalez-Rodriguez had to use both hands to lift it out of the trunk of the vehicle. Gonzalez-Rodriguez then carried both bags into the residence while Baca-Marquez followed Gonzalez-Rodriguez into the residence. A short time later, investigators observed Gonzalez-Rodriguez exit the residence carrying a white small item in his left hand and enter the Lincoln which then left the residence.

121.    Troopers with the Kansas Highway Patrol effected a traffic stop on the Lincoln MKS based on the fact investigators knew Alvarez-Perez was back in the United States unlawfully. Upon the initiation of the traffic stop, Troopers observed an item thrown from the vehicle which field tested positive for the presence of cocaine. A probable cause search of the vehicle also revealed kilogram size and shaped wrappings which field tested positive for the presence of cocaine. Numerous items of evidentiary value were seized from the vehicle including a number of cellular telephones.

122.    Gonzalez-Rodriguez provided HSI SA Bybee with a fictitious name and date of birth with the claim that he entered the United Stated illegally but was then naturalized. SA Bybee was unable to locate anything to this effect in law enforcement databases. SA Bybee was later able to identify Gonzalez-Rodriguez through fingerprints and found him to be a previously removed aggravated felon who was removed subsequent to being convicted of kidnapping.

123.    A search warrant for the residence located at 2803 Woodend Avenue, Kansas

City, Kansas was applied for and granted. This search warrant was executed at 9:43 p.m. and resulted in the seizure of numerous items of evidentiary value which included approximately 25 kilograms (gross weight) of a substance which field tested positive for the presence of cocaine, $17,000 of U.S. currency, a firearm, a suspected drug and money ledger, and a title for a 2007 Toyota FJ Cruiser with a VIN # that matches the VIN # of the Toyota FJ Cruiser provided to CS#2 for the trip to Washington D.C. Also located was a New Mexico license plate (APBC92) and a Missouri dealer's license plate (D2468-AL). The dealer's plate is registered to a black Mercedes-Benz owned by Neighborhood Auto Sales of St. Louis County, Missouri, which is the name of the car dealership owned and operated by Indicted Individual #1. The New Mexico license plate is registered Indicted Individual #2, who is a DTO member recently federally indicted in New Mexico. This further substantiates that the Mercedes located in the driveway was the one Indicted Individual #1 advised was stolen from him by the Gamboa-Saenz DTO. Investigators also noted the residence appeared to be used solely as a stash house due to the lack of common household items usually found in normal homes. Also located at the rear of the residence, investigators located a fuel can which smelled of diesel fuel. Investigators noted that this residence contained three bedrooms which each contained clothes, bedding, and other items indicating that three subjects were staying in the residence. Furthermore, through investigators training and experience, coupled with case specific knowledge and interviews, investigators note that persons uninvolved with the DTO are not authorized to possess knowledge or access to DTO utilized residences. Coupled again with the knowledge that Alvarez-Perez is believed to have been the current cell leader in Kansas City, investigators believe the presence of Gonzalez-Rodriguez and Baca-Marquez at this stash house indicate that Gonzalez-Rodriguez and Baca-

Marquez are involved with the DTO.

**Homero Baca-Marquez**

124.    On May 30, 2021, CS#2 contacted investigators and stated that members of the Gamboa-Saenz DTO attempted to burn down his residence.  Investigators arrived along with officers of the local police department.  Investigators viewed court authorized prospective location information related to Alvarez-Perez's cell phone and observed that Alvarez-Perez's phone was consistently near a specific location before the arson, left that location just before the arson, was in the area of CS#2's residence around the time of the arson, and back at the original location immediately after the arson.

125.    On May 30, 2021, investigators were able to locate the Lincoln MKS with Kansas temporary license plate of C693428 at 2803 Woodend Avenue, Kansas City, Kansas.  This vehicle was previously observed on May 22, 2021 when the FJ Cruiser was dropped off at CS#2's residence prior to the approximate 2.75 kilograms (gross weight) of suspected cocaine being transported to Maryland by CS#2.  This vehicle was also driven by Alvarez-Perez to a meeting between Alvarez-Perez and CS#2 on May 24, 2021.  Investigators also observed a black Mercedes at 2803 Woodend Avenue, Kansas City, Kansas, which was later confirmed to have the same license plate as a black Mercedes that was photographed at Indicted Individual #1's place of business in St. Louis, Missouri.  Also on May 30, 2021, investigators established physical surveillance on this address for a lengthy period of time until Alvarez-Perez and two other Hispanic males, later identified as Baca-Marquez and Gonzalez-Rodriguez, left in the Lincoln MKS.

126.    On May 30, 2021, investigators conducted physical surveillance on a residence

located at 2803 Woodend Avenue, Kansas City, Kansas.  During the surveillance, investigators observed Baca-Marquez exit the residence and walk to the back of the Mercedes.  Investigators then observed Baca-Marquez remove the State of Missouri license plate and replace it with what appeared to be (and was later confirmed to be) a State of New Mexico license plate.  Investigators then observed Baca-Marquez remove an item from the trunk of the Mercedes.  Investigators described this item as being approximately 2 inches thick, approximately 5 inches wide, approximately 8 inches long, and rectangular in shape.  Investigators observed the item appeared to be wrapped in plastic kitchen wrap and to have what appeared to be three bands of black electrical tape around the plastic.  Based on the training and experience of investigators, this item was recognized as being the common method utilized by DTO's to package kilogram quantities of controlled substances.

127.    Investigators then observed Baca-Marquez place the kilogram shaped item into the back passenger seat of the Silver Lincoln MKS which was parked next to the Mercedes in the driveway of the residence.  Investigators observed Baca-Marquez begin to work in the engine compartment of the Mercedes.  Due to the positioning of Investigators and Baca-Marquez, Investigators were unable to determine what Baca-Marquez was doing in the engine compartment of the vehicle.  Investigators then observed Baca-Marquez return to the Lincoln MKS and remove the kilogram shaped item.  Investigators observed what he believed to be Baca-Marquez placing the kilogram shaped item into either the engine compartment or the passenger side of the Mercedes.  Investigators was unable to clearly observe where the item was placed due to his positioning in reference to Baca-Marquez.  Investigators noted that the kilogram shaped item did not go back into the Lincoln.

128.    Investigators then observed Baca-Marquez go into the residence two more times and work in the engine area of the Mercedes before entering the drivers' seat of the vehicle. Investigators continued to observe Baca-Marquez exit the residence and then re-enter the residence. Investigators then observed a Hispanic male, later identified as Alvarez-Perez, and Baca-Marquez exit the residence and walk to the street before entering the Lincoln.

129.    Troopers with the Kansas Highway Patrol effected a traffic stop on the Lincoln MKS based on the fact that investigators knew Alvarez-Perez was back in the United States unlawfully. Upon the initiation of the traffic stop, Troopers observed an item thrown from the vehicle which field tested positive for the presence of cocaine. A probable cause search of the vehicle also revealed kilogram size and shaped wrappings which field tested positive for the presence of cocaine. Numerous items of evidentiary value were seized from the vehicle including six cellular telephones.

130.    Baca-Marquez provided SA Bybee with his name and stated he was in the United States illegally after having paid $6,000 to a human smuggler to get him into the United States.

131.    A search warrant for the residence located at 2803 Woodend Avenue, Kansas City, Kansas was applied for and granted. This search warrant was executed at 9:43 p.m. and resulted in the seizure of numerous items of evidentiary value which included approximately 25 kilograms (gross weight) of a substance which field tested positive for the presence of cocaine, $17,000 of U.S. currency, a firearm, a suspected drug and money ledger, and a title for a 2007 Toyota FJ Cruiser with a VIN # that matches the VIN # of the Toyota FJ Cruiser provided to CS#2 for the trip to Washington D.C. Also located was a New Mexico license plate (APBC92) and a Missouri dealer's license plate (D2468-AL). The dealer's plate is registered to a black

Mercedes-Benz owned by Neighborhood Auto Sales of St. Louis County, Missouri, which is the name of the car dealership owned and operated by Indicted Individual #1.  The New Mexico license plate is registered Indicted Individual #2, who is a DTO member recently federally indicted in New Mexico.  This further substantiates that the Mercedes located in the driveway was the one Indicted Individual #1 advised was stolen from him by the Gamboa-Saenz DTO. Investigators also noted the residence appeared to be used solely as a stash house due to the lack of common household items usually found in normal homes.  Also located at the rear of the residence, investigators located a fuel can which smelled of diesel fuel. Investigators noted that this residence contained three bedrooms which each contained clothes, bedding, and other items indicating that three subjects were staying in the residence.  Furthermore, through investigators training and experience coupled with case specific knowledge and interviews, investigators note that persons uninvolved with the DTO are not authorized to possess knowledge or access to DTO utilized residences.  Coupled again with the knowledge that Alvarez-Perez is believed to have been the current cell leader in Kansas City, investigators believe the presence of Gonzalez-Rodriguez and Baca-Marquez at this stash house indicate that Gonzalez-Rodriguez and Baca-Marquez are involved with the DTO.

132.    On June 2, 2021, investigators transported Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez to the federal courthouse to release into the custody of USMS.  During this transport, investigators noted that cell phones belonging to these individuals were present in their property.  These phones were seized, and a search warrant was applied for and granted by the court.  A review of a telephone belonging to Baca-Marquez revealed conversations with Gamboa-Saenz which included mention of names of other Gamboa-Saenz DTO members known

to law enforcement.  Also located on this phone, was a photo depicting 10 kilogram sized packages covered in brown packing tape. Agents noted that the kilograms of suspected cocaine located in the residence and the empty kilogram wrappers located in the residence are packaged with the same brown packaging tape represented in this photo.

### Jaime De Jesus Ocampo a/k/a "Jaime De Jesus Ocampo-Ramirez" a/k/a "Don Pedro"

133.    On October 6, 2020, investigators conducted a proffer interview of Garcia-Perez during which Garcia-Perez stated that the Gambo-Saenz DTO used Ocampo Auto Sales to purchase vehicles in cash. Garcia-Perez stated that Ocampo knows that the DTO is involved in drug trafficking but does not participate in day-to-day operations or directly in drug trafficking.

134.    On April 14, 2021, an interview of CS #2 was conducted. CS #2 stated Jaime Ocampo a/k/a "Don Pedro" would provide paperwork for Gamboa-Saenz DTO such as temporary vehicle license in exchange for money.  Investigators know through this investigation that it was common for vehicles carrying cocaine and U.S. currency to display temporary license plates from both Kansas and New Mexico. These vehicles were commonly registered in fictitious names or associates of the DTO.

135.    On May 24, 2021, CS #2 met with Alvarez-Perez in Shawnee, Kansas.  During the meeting Alvarez-Perez was getting information from CS #2 on the location of the FJ Cruiser after it was seized in Maryland. Alvarez-Perez made a call during the meeting and can be heard on the recorded audio stating Jamie Ocampo can assist in recovering the FJ Cruiser from the tow lot.  A review of the cell phones seized from the vehicle occupied by Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez resulted in the recovery of an iMessage conversation between Alvarez-Perez and Ocampo between May 24, 2021 to May 30, 2021.  A portion of the iMessage

conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below.  Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation.  (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English.  Single brackets denote context.)

[Alvarez-Perez sends an image of a Missouri insurance card for a Toyota FJ Cruiser, Insured: Carlos Perez Daniel, effective date 05/20/2021]

[Alvarez-Perez sends an image of a Toyota FJ Cruiser to Missouri license plate GG0G1B behind the front windshield]

[Alvarez-Perez sends an image of another cell phone with a phone number, 301-687-4222.]

**ALVAREZ-PEREZ:** "hey, this is the phone number to the police where it was at can you call and get information"

[Alvarez-Perez sends two more images.]

**ALVAREZ-PEREZ:** "It's like a mile from this town"

**ALVAREZ-PEREZ:** "Don Pedro"

**ALVAREZ-PEREZ:** "If you can do me the favor and clean the paper"

**ALVAREZ-PEREZ:** "of the notary"

**ALVAREZ-PEREZ:** "in the name of Frank Gallo de la Cruz"

**OCAMPO:** "Ok"

**ALVAREZ-PEREZ:** "like at what time will it be ready"

**ALVAREZ-PEREZ:** "to go by"

[Alvarez-Perez sends an image of a Washington driver's license (3931545) with the name Frank

Gallo De La Cruz]

[Alvarez-Perez sends and image of a cell phone with an address 1210 Rittenhouse St, NW, Washington D.C. 20011]

**ALVAREZ-PEREZ:** "that is the direction of the driver's license"

**OCAMPO:** "and of the other one"

[Alvarez-Perez sends an image of a Chihuahua Estados Unidos Mexicanos driver's license of Carlos Perez Daniel, DOB: 02/25/1991]

**ALVAREZ-PEREZ:** "I will send you the address"

**ALVAREZ-PEREZ:** "5764 collage ave Kansas City m.o. 64130"

**ALVAREZ-PEREZ:** "did you get the information"

**ALVAREZ-PEREZ:** "please"

**ALVAREZ-PEREZ:** "I had to go out"

**ALVAREZ-PEREZ:** "Tomorrow I will go see you"

**OCAMPO:** "ok sounds good"

Investigators believe that during these text communications that Alvarez-Perez and Ocampo discussed whether Ocampo could produce documents related to the FJ Cruiser (from which 2.75 gross kilograms of suspected cocaine were seized on March 22, 2021 by the Maryland Highway Patrol) that would enable DTO member Frank Gallo De La Cruz to retrieve the vehicle from the tow lot in Maryland.

136.    During the May 30, 2021, traffic stop of Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez, by the Kansas Highway Patrol, numerous documents related to the vehicle were found inside the Lincoln MKS with Kansas temporary license C693428. There were Kansas

registration documents showing this vehicle was purchased by Cota in November 2018 and registered to Cota in May 2019. Documents also show the vehicle was registered to Indicted Individual #2 in New Mexico in November 2020. A Kansas Department of Revenue Form ST-88 was located showing that Ocampo Auto Sales sold this vehicle to "Manuel Perez" in April 2021. This vehicle was used by Alvarez-Perez to meet with CS #2 on May 24, 2021 to discuss DTO business and used by the Gamboa-Saenz DTO to deliver the FJ Cruiser, which contained approximately 2.75 gross kilograms of suspected cocaine, to CS #2 on May 21, 2021. Investigators have learned from multiple interviews that the Gamboa-Saenz DTO utilizes temporary license plates issued from Ocampo Auto Sales, which is owned by Ocampo, to avoid detection by law enforcement and law enforcement tools such as license plate readers.

137.    Between August 2, 2021 and August 6, 2021, investigators conducted a series of interviews with CS#2. During this interview, CS#2 was shown a photograph (7J) and described this photograph as depicting a bill of sale from Ocampo Auto Sales. CS#2 stated the trailer represented on this bill of sale was DTO owned but placed into CS#2's name. CS#2 advised this was common practice of the DTO to put vehicle registrations in the names of DTO members who were lawfully in the United States. CS#2 also stated that Ocampo is in charge of all license plates and vehicle paperwork for the Gamboa-Saenz DTO. CS#2 further advised that Ocampo would buy these vehicles for the DTO, give them temporary license plates with fictitious names, and handle the titling paperwork for these vehicles with fictitious names. CS#2 advised that s/he are aware of this information because s/he was personally present when Gamboa-Saenz and Ocampo were having an in-person conversation about this subject. CS#2 further advised that Gamboa-Saenz deals with Ocampo directly regarding these matters. CS#2 also stated that

Gamboa-Saenz purchases his own vehicles from a legitimate dealer but utilizes Ocampo for any vehicles needed for use as a drug/money transport vehicle. CS#2 stated that Ocampo is the person that dealt with the paperwork for the licensing and titling of the Toyota FJ Cruiser utilized by the DTO.

138.    On August 20, 2021, investigators conducted a review of law enforcement database and discovered the Toyota FJ Cruise utilized by the Gamboa-Saenz DTO was sold to Unindicted Co-Conspirator #4 on April 12, 2018. These databases also show that Ocampo sold and transferred ownership from Unindicted Co-Conspirator #4 to "Cesar Hernandez" on March 6, 2020, which is the name on the title paperwork that was located at 2803 Woodend Avenue, Kansas City, Kansas. These databases further show that Ocampo sold this vehicle to a family member of Cota's on June 21, 2020. However, these records also show this vehicle was not again registered in Kansas but appears to be registered in Colorado even though Ocampo issued a permit for this vehicle.

139.    Investigators also discovered that Unindicted Co-Conspirator #5 purchased a Buick Encore on March 12, 2019, on a New Mexico title which was sold to Ocampo on July 20, 2019. Ocampo then titled this vehicle on July 26, 2019, in his own name. Ocampo then sold this vehicle back to Unindicted Co-Conspirator #5 20 days after purchasing the vehicle from her. This vehicle has been observed by investigators to have been operated by numerous DTO members during the course of this investigation.

140.    During the course of this investigation, numerous vehicles with license plates registered to Ocampo have been observed at various DTO-utilized locations investigators had under surveillance. The investigation has revealed Ocampo provides registration, temporary

license plates, and fictitious titles to DTO members in an effort to conceal the true identity and ownership of DTO vehicles. Investigators further believe that the DTO utilizes these items to prevent contact with law enforcement as law enforcement license plate readers do not commonly obtain reads of temporary plates.

**Jose Cera-Acosta**

141.     During the course of this investigation, investigators discovered a mechanic shop located at 6574 Kaw Drive, Kansas City, Kansas which was being utilized by this DTO to build post-manufactured hidden compartments in DTO vehicles. Investigators conducted electronic surveillance at this location and identified the shop owner and operator as Jose Cera-Acosta.

142.     On October 6, 2020, investigators conducted a proffer interview of Garcia-Perez. During this interview, Garcia-Perez was shown a photograph which he identified as depicting Cera-Acosta. Garcia-Perez stated that Cera-Acosta is responsible for loading U.S. currency into vehicles and that Cera-Acosta deals directly with Gamboa-Saenz.

143.     On May 27, 2021, investigators conducted a consensual interview with Cera-Acosta. Cera-Acosta stated in the summer of 2019 he was approached by Gamboa-Saenz about opening a vehicle repair shop together (6574 Kaw Drive, Kansas City, Kansas). Gamboa-Saenz wanted Cera-Acosta to open the shop, but he would pay the rent. Gamboa-Saenz said he has a fleet of vehicles and when Cera-Acosta was not working on his (Gamboa-Saenz's) vehicles, Cera-Acosta would be able to repair customer's vehicles. Cera-Acosta advised that in approximately February of 2020, he rented 6574 Kaw Drive, Kansas City, Kansas. Cera-Acosta advised that after moving into 6574 Kaw Drive, Kansas City, Kansas, Gamboa-Saenz instructed him to make a contraband compartment on a dark maroon Ford Edge. Cera-Acosta advised that

he told Gamboa-Saenz he had never constructed a compartment before, and Gamboa-Saenz showed him how and instructed him to make one behind the rear bumper cover of the vehicle. Cera-Acosta said the Gamboa-Saenz DTO lost that vehicle because a traffic stop was conducted on "Pantera," and officers located approximately $115,000 cash in the compartment. Cera-Acosta said Gamboa-Saenz instructed him to make a contraband compartment in a newer white Ford Fusion above the rear spare tire location. Cera-Acosta advised that access to the compartment had to be achieved from the exterior and the spare tire needed to be removed. Cera-Acosta advised he never saw the compartment filled but stated that Gamboa-Saenz told him approximately 8-12 kilograms would fit in there. Cera-Acosta advised Gamboa-Saenz told him that on the first trip the Ford Fusion made, the female driver was involved in a rollover accident. The Fusion was towed back to Kansas City, and they sent the vehicle to a scrapyard.

144.    Cera-Acosta stated that Gamboa-Saenz showed Cera-Acosta a large floorboard compartment in the green Ford F350 truck he had initially worked on, and Gamboa-Saenz explained to Cera-Acosta how the compartments needed to be built and concealed. Cera-Acosta also stated that Gamboa-Saenz told Cera-Acosta the seats needed to be removed to access the compartment. Cera-Acosta stated that Gamboa-Saenz brought a Toyota FJ Cruiser to 6574 Kaw Drive, Kansas City, Kansas and had Cera-Acosta fix the mechanism to access the roof compartment.   Cera-Acosta stated that Gamboa-Saenz also parked a 2007 black Ford Mustang at 6574 Kaw Drive, Kansas City, Kansas and this vehicle had compartments in both rear quarter panels that were accessible by removing the rear seats and the interior quarter panel trim. Cera-Acosta said the Mustang stayed in Mexico because the compartments were discovered at the border.

145.    Cera-Acosta stated that Gamboa-Saenz, Garcia-Perez, and Dominguez-Green loaded the FJ Cruiser and Ford F-350 with an unknown amount of cocaine in order to relocate them because they had just received notification that Blanco-Garciga had just been arrested. (Blanco-Garcia was arrested on January 27, 2020, after he was stopped by Troopers with the Texas Department of Public Safety and it was discovered the Chevrolet Malibu he was driving had $200,000 secreted in the headliner of the vehicle.)

146.    Cera-Acosta said he recalls the DTO using Blanco-Garcia's Chevrolet Malibu to transport money and illegal drugs. Cera-Acosta stated Gamboa-Saenz gave Cera-Acosta the dimensions of a "kilo" press and ordered him to build one. Gamboa-Saenz told Cera-Acosta they needed one because, when they cut the cocaine down, they need to compress it and repackage it for transporting. This "kilo" press was located when the search warrant for 7501 West 98th Street, Overland Park, Kansas was executed on March 31, 2020.

147.    Cera-Acosta stated he received his instructions and orders from Garcia-Perez and Gamboa-Saenz, but Gamboa-Saenz was the main boss and the leader. Cera-Acosta stated he once overheard a conversation that the DTO's territory was Kansas City, Washington, Colorado, New Mexico, and Iowa.

148.    Cera-Acosta recalled that, in the fall of 2019, a 53-foot livestock 18-wheeler arrived at 6574 Kaw Drive, Kansas City, Kansas and backed up to a box-truck Gamboa-Saenz had parked at the business. Two pallets were unloaded that each had 30 squares on them, and each square contained 22 pounds of marijuana. Cera-Acosta said the pallets were wrapped in a green, nylon-type fabric.

149.    Cera-Acosta said the DTO ordered Calixto-Filho to bury six kilograms of heroin

at 6574 Kaw Drive, Kansas City, Kansas next to an old RV and the building. Cera-Acosta stated he did not know there were drugs buried on the property until he saw Garcia-Perez and Dominguez-Green digging them out. Cera-Acosta advised he recalls this information because when they were removing the kilograms from the hole, they removed five kilograms that were intact, and one that was damaged, and they blamed him for tampering with it. Cera-Acosta stated he could see a "chocolate color powder" from the damaged kilogram package and said it was approximately 14 months prior to the interview that this occurred.

150.    Cera-Acosta said the last time he spoke with anyone from the DTO was when Garcia-Perez called him and asked him to fix a 2011 white F-350 with a utility box that was broken down on the highway in Olathe. Cera-Acosta told Garcia-Perez that he could not and did not want any problems. Cera-Acosta stated that Gamboa-Saenz then called Cera-Acosta and asked him to fix the F-350 as a personal favor for him. Investigators can corroborate some of this information as investigators were conducting physical surveillance when this vehicle was stopped by law enforcement for a traffic violation on September 3, 2020. Investigators noted that after the traffic stop was concluded, the driver and vehicle remained on the side of the road for an extended period of time.

151.    Between August 2, 2021, and August 6, 2021, investigators conducted a series of interviews with CS#2. During this interview, CS#2 advised that Cera-Acosta is employed by the DTO as a mechanic. CS#2 advised that Cera-Acosta works on all of the vehicles utilized by the DTO and installs the traps/compartments on these vehicles. CS#2 advised that Gamboa-Saenz pays Cera-Acosta $1,000 per week and supplies Cera-Acosta with illegal drugs for personal use. CS#2 stated that Cera-Acosta installed compartments in multiple DTO-utilized vehicles,

including a maroon Toyota FJ Cruiser, a Ford Edge, a green Ford Mustang, a white Chevrolet Malibu that Grajeda wrecked, and the Ford F-350 from which investigators seized cocaine from. CS#2 stated that Cera-Acosta was also responsible for emptying the drugs and money from the traps/compartments when loaded vehicles arrived in Kansas City and that he was also responsible for building the kilogram press that was located at 7501 West 98th Street, Overland Park, Kansas.

**Frank Gallo De La Cruz**

152.    In December 2019, investigators began conducting electronic and physical surveillance at the residence of 7501 West 98th, Street, Overland Park, Kansas believed to be involved in illegal drug distribution.  During this surveillance, investigators observed a Hispanic male subject, later identified as Frank Gallo De La Cruz a/k/a "Gallo," coming and going from the stash house, usually on a daily basis.

153.    Between the dates of March 2, 2020 and March 30, 2020, investigators conducted four trash pulls from 1404 South Montebello Lane, Olathe, Kansas. Investigators located valuable evidence in all the trash pulls conducted, to include numerous suspected drug and money ledgers. Located in the recovered ledgers were entries listed under "Gallo," which investigators have identified as Frank Gallo De La Cruz via interviews of DTO interviews and from a seized ledger which shows a phone number with "Gallo" next to it.  The phone number was subpoenaed and returned to Frank Gallo De La Cruz.

154.    On March 31, 2020, investigators conducted multiple search warrants of locations utilized by the Gamboa-Saenz DTO.  During those search warrants, drug and money ledgers were located and seized.  These ledgers show entries for "Gallo."

155.    On June 10, 2021, DEA DOMEX authored a report stating that within the ledgers obtained from the search warrants on March 31, 2021, Frank Gallo De La Cruz is referred to in the ledgers between the dates of October 8, 2019, and February 13, 2020.  Amounts attributed to Frank Gallo De La Cruz are calculated by analysts as $94,198 and four kilograms of cocaine.

156.    On October 6, 2020, investigators conducted a proffer interview of Efrain Garcia-Perez.  During this interview, Efrain Garcia-Perez was shown a photograph which he stated depicted Gallo De La Cruz.  Garcia-Perez also stated that Gallo De La Cruz is equal in seniority to Alvarez-Perez and that Gallo De La Cruz assists with drug distribution in the Kansas City metropolitan and Washington D.C. areas.  During a October 28, 2020 proffer of Garcia-Perez, he was shown several photos which he stated represented Gallo De La Cruz's involvement with the Gamboa-Saenz DTO.  These are: (1R) a title for a vehicle which Garcia-Perez states Gallo De La Cruz and Alvarez-Perez picked up from a customer who could not pay their drug debt; (3G) which Garcia-Perez stated was a ledger which showed that Gallo De La Cruz and Ochoa-Perez took $100,000; (3O) which Garcia-Perez stated depicted Gallo De La Cruz; and (4D) which Garcia-Perez stated was Gallo De La Cruz's bedroom at 7501 West 98th Street, Overland Park, Kansas.

157.    On April 23, 2021, investigators conducted a proffer interview of Indicted Individual #1.  Indicted Individual #1 was shown a photo of Gallo De La Cruz, whom he advised he recognized as one of the DTO members who brought cocaine to him in St. Louis, Missouri and who also took money back.

158.    On May 22, 2021, at approximately 3:47 p.m., investigators were travelling in tandem with CS#2 to Washington D.C. for a controlled delivery when CS#2 contacted Gallo De

La Cruz over a consensual wire intercept.  A synopsis of that intercept, as translated from Spanish to English by linguists, is set forth below with small changes to remove gender specific references.  (The synopsis uses "UM" instead of "Gallo De La Cruz" because the linguists did not know the identity of this person at the time the translation was prepared.)

*Parties greet.   CS says all is good and s/he will arrive around 11 at night, s/he has 6 hours remaining before s/he arrives.  UM acknowledges arrival at 11, UM says he will pick up the car tomorrow since it's too late to go to the hotel.   CS says s/he thinks that it's best if they pick it up today. UM acknowledges. CS says s/he thinks its best if they pick it up today, leave a car for the CS and they (UM) can leave their car, and CS says s/he could stay at the hotel and then they could bring the car back tomorrow and CS will return tomorrow.   UM says they think they will work the car, too.  CS asks if "this one" or the one they will give.  UM asks CS what s/he said. CS asks if s/he is going back in "this one" or will they give him/her another car to return in. UM asks what car it is (that CS is in). CS says it's the TOYOTA F.J.   UM asks if the red one.  CS affirms. UM says he thinks CS will take back the one UM is in now, but it depends on what PELON says. UM says it may be the red one he is in that CS will take back.  CS acknowledges. UM says we will see what PELON says.  CS tells UM to work well.  UM says they have to work well and without rushing so all ends well.   CS agrees to take his/her time.  Parties say good-bye.*

159.    On May 22, 2021, at approximately 8:07 p.m., CS#2 received an incoming call from Gallo De La Cruz over a consensual wire intercept.  A transcript of that recorded call as translated from Spanish to English by linguists is set forth below.

**CS#2:**  [U/I]

**GALLO DE LA CRUZ:** "Everything alright?"

**CS#2:** "All good Machete, all good. I stopped for a little"

**GALLO DE LA CRUZ:** "Alright."

**CS#2:** I stopped a little to pee [U/I] that I just couldn't.

**GALLO DE LA CRUZ:** "Uh-huh."

[Voices Overlap]

**CS#2:** "All good."

**GALLO DE LA CRUZ: "**It's just that, that one dude was saying you were not answering and that's why but no, all good."

**CS#2:** "No, yeah, all good, I'm just."

**GALLO DE LA CRUZ:** "About how much is left?"

**CS#2:** "About an hour or two, two hours and some."

**GALLO DE LA CRUZ:** "Huh?"

**CS#2:** "Two hours and some still left. I'm here around some mountains."

**GALLO DE LA CRUZ:** Two hours?

**CS#2:** "Yeah, two hours and some."

**GALLO DE LA CRUZ:** "Right on, okay because..."

**CS#2:** "Okay."

**GALLO DE LA CRUZ:** "Because it's just that, okay, I think it's going to be too late to be making too much movement."

[Background: Noise]

**CS#2:** "Okay then we can do it tomorrow."

**GALLO DE LA CRUZ:** "Tomorrow early yes because I'm going to take both cars because they will be taking both."

**CS#2:** "Okay but to, but..."

78

[Voices Overlap]

**GALLO DE LA CRUZ:** "Right so we can work on both."

**CS#2:** "Okay but I'll need to be at the hotel, I'll rent out the hotel the uh, the night and tomorrow day, right?"

**GALLO DE LA CRUZ:** "Yes, it's going to be all day tomorrow and uh, Sunday also uh, all night, all day. So all Saturday and Sunday."

**CS#2:** [Clears Throat] "Okay."

**GALLO DE LA CRUZ:** "Ready? What's today, Saturday?"

[End of Conversation]

160.    On May 24, 2021, CS#2 received an incoming call from Gallo De La Cruz during which Gallo De La Cruz and CS#2 discussed the events surrounding the police towing the FJ Cruiser.  At one point during this conversation, CS#2 told Gallo De La Cruz about the condition of the vehicle and stated, "I mean, Gallo De La Cruz, they are going to take it apart man, that truck is fucked Gallo De La Cruz."  Gallo De La Cruz then asked CS#2, "where did it have it, in the roof or maybe…".   Investigators note that this is important because it shows that Gallo De La Cruz has previous knowledge of this specific vehicle having a roof compartment which the DTO utilized.  This roof compartment is extremely sophisticated, and the operator must know a detailed sequence of events to open it.  Investigators were able to open this compartment during the controlled delivery attempt and record a video showing the detailed sequence of events needed to open the compartment.  During this call, Gallo De La Cruz also made certain comments that he may be told to go get the vehicle and that he does not want too.

161.    Between August 2, 2021 and August 6, 2021, investigators conducted a series of interviews of CS#2.  During these interviews, CS#2 identified a residence located at 2901

Hyattsville, Maryland from a Google Maps photo as being a residence utilized by the Gamboa-Saenz DTO.  In the Google Map photo, which was taken in July 2019, a white Jaguar can be observed in the driveway and CS#2 stated this vehicle was routinely driven by Gallo De La Cruz, Alvarez-Perez, and Calixto-Filho.  CS#2 also stated Gallo De La Cruz is in charge of DTO operations in Chicago, Illinois and Washington D.C.  CS#2 stated the first time s/he went to Washington D.C. was on a trip with Gallo De La Cruz.  CS#2 advised that s/he and Gallo De La Cruz left Kansas City in two separate vehicles each loaded with at least 15 kilograms of cocaine. CS#2 stated that Gallo De La Cruz transported his load of cocaine to Chicago, Illinois and CS#2 transported his/her load of cocaine to Washington D.C.  CS#2 advised that this trip occurred during the "warm months" of 2019.  CS#2 further stated that when CS#2 was travelling to Washington D.C. with investigators for the attempted controlled delivery on May 22, 2021, CS#2 was supposed to be meet Gallo De La Cruz.  CS#2 advised Gallo De La Cruz is a window cleaner, which investigators have corroborated from photos from Gallo De La Cruz's Facebook profile which show him cleaning windows and wearing a shirt with the logo of a company that cleans windows.

162.    On August 20, 2021, investigators received paperwork from the tow company that towed the Toyota FJ cruiser after the Maryland State Police stopped it on May 22, 2021.  The tow company provided investigators with a photo of the driver's license of the individual who picked up the FJ Cruiser and that driver's license is that of Gallo De La Cruz.  The two company also advised investigators that Gallo De La Cruz possessed the keys to the vehicle.

163.    A review of the cell phones seized from the vehicle occupied by Alvarez-Perez, Gonzalez-Rodriguez, and Baca-Marquez on May 30, 2021 resulted in the recovery of a

WhatsApp text conversation between Alvarez-Perez and Gallo De La Cruz from May 22, 2021. A portion of the WhatsApp conversation was transcribed from Spanish to English by TFO Lozano, a native Spanish speaker, and is set forth below.  Where a word used in Spanish could have more than one meaning when translated to English and due to slang, the word that makes sense given the context of the conversation is used in the below translation.  (Where a word or words is double-bracketed, it denotes multiple translations of the Spanish word into English. Single brackets denote context.)

**ALVAREZ-PEREZ:** "Answer chorizo"

**GALLO DE LA CRUZ:** [Gallo De La Cruz sends contact information with map attachment to Econo Lodge 301-439-3003]

**ALVAREZ-PEREZ:** "gangster"

**ALVAREZ-PEREZ:** "for the direction"

**ALVAREZ-PEREZ:** "but, I sent to Lazaro"

**GALLO DE LA CRUZ:** "money"

**GALLO DE LA CRUZ:** "how much"

**GALLO DE LA CRUZ:** "longer"

**ALVAREZ-PEREZ:** "I will let you know"

**ALVAREZ-PEREZ:** "let him tell me"

**ALVAREZ-PEREZ:** "like 6 hours"

**ALVAREZ-PEREZ:** "he will arrive around 11"

**ALVAREZ-PEREZ:** "I will pass you his information"

**ALVAREZ-PEREZ:** [sends a contact card labeled "Lazaro"]

(conversation continues)

[Alvarez-Perez sends several images of a police vehicle with overhead lights on behind FJ Cruiser that was sent to him by CS#2]

**GALLO DE LA CRUZ:** "dang die you wake up already"

**GALLO DE LA CRUZ:** "Dang"

**ALVAREZ-PEREZ:** "yes"

**GALLO DE LA CRUZ:** "I'm going to drive that way"

**GALLO DE LA CRUZ:** "it's like 3 hours"

**ALVAREZ-PEREZ:** "ok"

**GALLO DE LA CRUZ:** "wait gangster"

**GALLO DE LA CRUZ:** "I'm speaking with Lazar"

**ALVAREZ-PEREZ:** "I already spoke to him"

**GALLO DE LA CRUZ:** "What state are the plates from"

**ALVAREZ-PEREZ:** "Missouri"

(conversation regarding locating and getting the FJ Cruiser of out the tow lot continues)

164.    Based on the above, I have probable cause to believe that Santiago Gamboa-Saenz a/k/a Pelon," Maria Ileana Cota, Efrain Garcia-Perez a/k/a "Salado," Dimas Simoes Calixto-Filho a/k/a "Brazil," Juan Alvarez-Perez a/k/a "El Dientes," Bryan Eduardo Dominguez-Green a/k/a "Flaco," Irlanda Areyim Grajeda, Vladimir Blanco-Garciga, Miguel Angel Vazquez-Rodriguez a/k/a "Chapito" a/k/a "Zacatecas," Eduardo Ramirez-Ochoa a/k/a "Santa Claus" a/k/a "El Gordo," Jesus Gonzalez-Rodriguez, Homero Baca-Marquez, Jaime De Jesus Ocampo a/k/a "Jaime De Jesus Ocampo-Ramirez" a/k/a 'Don Pedro", Jose Cera-Acosta, Frank Gallo De La

82

Cruz a/k/a "Gallo," and others known and unknown, knowingly and intentionally conspired and agreed with each other to distribute 5 kilograms or more of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).  This was all in violation of Title 21, United States Code, Section 846.

Having signed this affidavit under oath, I state that its contents are true and correct to the best of my knowledge, information and belief.

Christopher J. Atkins
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on this 24th day of August, 2021.

HONORABLE TERESA J. JAMES
United States Magistrate Judge
District of Kansas

83

## PENALTIES

**Count 1:      21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846**
**Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life imprisonment.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after two or more prior convictions for a serious drug felony or serious violent felony have become final, the penalties are:

- A term of imprisonment of not less than twenty-five (25) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).